FILED

MAR 1 0 2015

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

3:15 cv 25

Groh/Trumble/Blalock
(2241)

U.S. DISTRICT COURT
RECEIVED AT WHEELING WV

MAR -9 2014

NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

# Writ of Habeas Corpora

**Petitioner:** Executor of EDWARD BERNARD WOODBERRY Estate,
Living Soul Chief Asan Manuel Mustafah Fearce W. Yahzoo, Executor,

In name of Yazoo Tribe, on behalf of all persons described in **Can. 1323 n. 1 and Can. 1324 § n. 4,** currently held by or in the custody of any and or all respondents, and or, facilities governed and or represented by said respondents, including but not limited to any and or all private institutions or facilities contracted to hold the bodies of said persons.

**Writ**: Above named petitioner on behalf of all persons described above and below, command you, respondents herein named, that the Divine Bodies of said persons, in your custody detained, as it is said, be immediately released by the authority of and in accordance with the Law and evidence presented herein this Writ.

For matter of record, **Can. 1323 n. 1**, clearly prohibits the imposition of penalty or punishment, for violation of law or precept, on any and all persons who have not yet completed the sixteenth year of age.

For matter of record, **Can. 1324 § n. 4**, states:
A **minor** who has completed the age of sixteen years is not exempt from a penalty (but) the penalty set by law or precept (must be tempered) or a penance substituted in its place (**if**) the offense was committed.

For matter of record, Said petitioner, command you that the bodies of all persons described in the **Can. 1323 n. 1** listed above, in your custody, and or, in the custody of any and or all, prisons, and or detainment facilities, on any and or all provinces subject to the authority and jurisdiction of said Canons of Law be immediately released in accord  with said Canons of Law. Said command for immediate release shall also include all persons having been unlawfully detained and still currently held while not having completed the sixteenth year of age prior to any alleged or conviction of violation of law or precept, regardless of said persons current age.

Said persons do herby proclaim to be non- indentured natural persons, thus have inalienable human rights protected by Divine Law. For said person are not property, but are Divine Beings and creations of Almighty God (Yah) Creator of All. Thus, said persons forcefully denounce all certificates of bondage falsely proclaimed to be held by any and or all entities operating on said provinces. Said persons herby proclaim said certificates are acts of fraud to facilitate acts of murder, Kidnap, malicious extortion, unlawful detainment, false imprisonment, Malicious Harassment, Racketeering, and the deprivation of Human Rights Freedoms and Liberties. Thus violating **Can. 1397.**

For matter of record, said persons being minors have not and are not granted rights to vote, therefore have pledged no allegiance, given no consent, and have no

representation in said federal, state, and municipal entities governing said provinces currently detaining the bodies of said persons. Thus said persons are not and cannot be bound by the contracts, constitutions or ordinances of said governments. In light of these facts and under the prefects of said contracts and constitutions of said governments, there are no avenues to lawfully charge, hold trial, or convict said persons for crimes or infractions of said laws or ordinances enacted by said governments.

In addition said persons being minors are also protected by said canons listed above. Said Canons of Law are the Supreme Governing Law of all officials operating government entities on said Provinces to which said writ is directed. Therefore, the above listed court and detainment facilities holding said bodies have no jurisdiction over the said mind, body and souls of said natural persons. Fore, a Natural Person is both Executor and Beneficiary of said mind, body and soul, no party may rightfully claim higher authority to compel them to attend any forum or event against their will. Providing such false presumptions are rebutted prior to the day and time listed on a summons, the instrument and its presumptions cease to have any effect.

Furthermore all documents, agreements, and settlements obtained from said persons by way of plea bargain under the condition of duress and threat of harm are thereby nullified prior to their signing. Whereby said persons current detainment is inarguable evidence of said duress. Said petitioner commands, on behalf of all persons described in **Can. 1323 n. 1 and  Can. 1324 § n. 4** stated above, having been unlawfully charged and or tried as evidenced herein, in any and or all courts, including but not limited to, state, municipal, or federal court have said cases immediately dismissed without prejudice retroactively.

**Respondents:**

**Any and all court and municipal entities listed below,and, any and all, Wardens, officers, employees, attorneys, barristers, accountants, officials, boards, board members, ordinaries, staff, directors, Chairs, owners, companies, entities, businesses, executors, families, heirs,  beneficiaries,Trusts, Endowments, Legacies, Foundations, communicators, UN registered Non-Profit NGO institutions, non- governmental organizations, non- partisan organizations, benefactors, trustees, councils, counselors, Consultors, consultants,  initiatives, unions, leagues, clans, book runners, institutions, affiliates, associations, insurers, banks, pools, of, for, in connection with, and or, having association with, any, and or, all, said respondents, including but not limited, to the following,**

2

**State of West Virginia**

**John Preston Bailey**
Northern District of West Virginia
1125 Chapline Street
P.O. Box 551
Wheeling, WV  26003

**Eric Holder, Attorney General**
United States Government
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Joe Manchin (D)**
306 Hart Senate Office Building
Washington DC, 20510

**Shelley Moore Capito (R)**
Russell Courtyard 5
Washington, DC 20510

**David McKinley (R)**
**Alex Mooney (R)**
**Evan Jenkins (R)**

**Governor Earl Ray Tomblin, West Virginia**
State Capitol
1900 Kanawha Blvd. E.
Charleston WV 25305

**State of West Virginia**

State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV 25305

Patrick Morrisey, Attorney General

**<u>Municipal Courts</u>**
**Addison (Webster Springs) Municipal Court**
146 McGraw Avenue
Webster Springs, WV 26288

**Albright Municipal Court**
Albright City Hall
2960 St. Joe Road
Albright, WV, 26519

**Alderson Municipal Court**
202 South Monroe Street
Alderson, WV 24910

**Anawalt Municipal Court**
1 Walnut Street
Anawalt, WV 24808

**Anmoore Municipal Court**
200 Poplar Street
P.O. Box 178
Anmoore, WV 26323

James K. Terango

**Anstead Municipal Court**
104 Cemetary Street
P.O. Box 798
Ansted, WV 25812

**Athens Municipal Court**
208 South State Street
Box 458
Athens, WV 24712

**Auburn Municipal Court**
PO Box 37
Auburn, WV 26325

**Bancroft Municipal Court**
5th Avenue
Post Office Box 58
Bancroft, WV 25011

**Barboursville Municipal Court**
721 Central Ave.
P.O. Box 262
Barboursville, WV 25504

**Barrackville Municipal Court**
716 Pike Street
P.O. Box 26
Barrackville, WV 26559

**Bath Municipal Court (Berkeley Springs)**
271 Wilkes Street, Ste A
Berkeley Springs, WV 25411

Thomas Panebianco

**Bayard Municipal Court**
Post Office Box 243
Bayard, WV 26707

**Beckley Municipal Court**
340 West Prince Street
P.O. Box 2514
Beckley, WV 25802

**Beech Bottom Municipal Court**
PO Box 100
Beech Bottom, WV 26030

**Belington Municipal Court**
505 Crim Avenue
Post Office Box 926
Belington, WV 26250

**Belle Municipal Court**
1100 East Dupont Avenue
Box 697
Belle, WV 25015

**Belmont Municipal Court**
City Building
218 Main Street
P.O. Box 375
Belmont, WV 26134

**Benwood Municipal Court**
430 Main Street
Benwood, WV 26031

**Berkeley Springs Municipal Court (Bath)**
271 Wilkes Street
Suite A
Berkeley Springs, WV 25411

Thomas Panebianco

**Bethany Municipal Court**
Church Street and Route 67
Box U
Bethany, WV 26032

Pamela Spence

**Bethlehem Municipal Court**
7 Chapel Road
Post Office Box 6339
Wheeling, WV 26003

**Beverly Municipal Court**
Drawer 279
Beverly, WV 26253

**Blacksville Municipal Court**
Post Office Box 55
Blacksville, WV 26521

**Bluefield Municipal Court**
100 Rogers Street
Post Office Box 4100
Bluefield, WV 24701

**Bolivar Municipal Court**
Post Office Box 37
Harpers Ferry, WV 25425

**Bradshaw Municipal Court**
10002 Highway 83
P.O. Box 450
Bradshaw, WV 24817

**Bramwell Municipal Court**
P.O. Box 338
Bramwell, WV 24715

**Brandonville Municipal Court**
37 Poplar Street
Bruceton Mills, WV 26525

**Bridgeport Municipal Court**
515 W. Main Street
Bridgeport, WV 26330

Daniel T. Baker

**Bruceton Mills Municipal Court**
Post Office Box 302
Bruceton Mills, WV 26525

**Buckhannon Municipal Court**
70 East Main Street
Buckhannon, WV 26201

**Buffalo Municipal Court**
Post Office Box 307
Buffalo, WV 25033

**Burnsville Municipal Court**
Post Office Box 305
Burnsville, WV 26335

**Cairo Municipal Court**
Post Office Box 162
Cairo, WV 26337

**Camden-On-Gauley Municipal Court**
Post Office Box 300
Camden-On-Gauley, WV 26208

**Cameron Municipal Court**
44 Main Street
Cameron, WV 26033

**Capon Bridge Municipal Court**
Post Office Box 183
Capon Bridge, WV 26711

**Carpendale Municipal Court**
Post Office Box 7
Ridgeley, WV 26753

**Cedar Grove Municipal Court**
P.O. Box 536
Cedar Grove, WV 25039

**Ceredo Municipal Court**
Post Office Box 691
Ceredo, WV 25507

Christopher Perry

# Chapmanville Municipal Court
Post Office Box 426
Chapmanville, WV 25508

**Charles Town Municipal Court**
Post Office Box 14
Charles Town, WV 25414

**Charleston Municipal Court**
501 Virginia Street East
Charleston, WV 25301

Anne B. Charnock

**Chesapeake Municipal Court**
12404 MacCorkle Avenue
Chesapeake, WV 25315

**Chester Municipal Court**
600 Indiana Avenue
Chester, WV 26034

**Clarksburg Municipal Court**
222 West Main Street
Clarksburg, WV 26301

John Martin

**Clay Municipal Court**
Post Office Box 55
Clay, WV 25043

**Clearview Municipal Court**
166 Clearview Avenue
Clearview, WV 26003

**Clendenin Municipal Court**
Post Office Box 694
Clendenin, WV 25045

**Coalton Municipal Court**
P.O. Box 189
Coalton, WV 26257

**Cowen Municipal Court**
Post Office Box 446
Cowen, WV 26206

**Danville Municipal Court**
Post Office Box 217
Danville, WV 25053

**Davis Municipal Court**
Post Office Box 207
Davis, WV 26260

**Davy Municipal Court**
Post Office Box 430
Davy, WV 24828

**Delbarton Municipal Court**
Post Office Box 730
Delbarton, WV 25670

**Dunbar Municipal Court**
Post Office Box 483
Dunbar, WV 25064

Brian Lanham

**Durbin Municipal Court**
P.O. Box 37
Durbin, WV 26264

**East Bank Municipal Court**
Post Office Box 307
East Bank, WV 25067

**Eleanor Municipal Court**
P.O. Box 185
Eleanor, WV 25070

Joseph Tyree

**Elizabeth Municipal Court**
Post Office Box 478
Elizabeth, WV 26143

**Elk Garden Municipal Court**
P.O. Box 70
Elk Garden, WV 26717

**Elkins Municipal Court**
401 Davis Avenue
Elkins, WV 26241

**Ellenboro Municipal Court**
P.O. Box 123
Ellenboro, WV 26346

**Fairmont Municipal Court**
Post Office Box 1428
Fairmont, WV 26554

**Fairview Municipal Court**
P.O. Box 119
Fairview, WV 26570

**Farmington Municipal Court**
Post Office Box 520
Farmington, WV 26571

**Fayetteville Municipal Court**
125 North Court Street
Fayetteville, WV 25840

**Flatwoods Municipal Court**
Post Office Box 52
Flatwoods, WV 26621

**Flemington Municipal Court**
PO Box 56
Flemington, WV 26347

**Follansbee Municipal Court**
Post Office Box 606
Follansbee, WV 26037

Michael Fuscardo

**Fort Gay Municipal Court**
3407 Wayne Street
Fort Gay, WV 25514

Larry Britt

**Franklin Municipal Court**
Post Office Box 483
Franklin, WV 26807

**Friendly Municipal Court**
P.O. Box 95
Friendly, WV 26146

**Gary Municipal Court**
Post Office Box 310
Gary, WV 24836

**Gassaway Municipal Court**
Post Office Box 147
Gassaway, WV 26624

**Gauley Bridge Municipal Court**
P.O. Box 490
Gauley Bridge, WV 25085

**Gilbert Municipal Court**
Post Office Box 188
Gilbert, WV 25621

**Glasgow Municipal Court**
PO Box 130
Glasgow, WV 25086

**Glen Dale Municipal Court**
402 Wheeling Avenue
Glen Dale, WV 26038

**Glenville Municipal Court**
20 North Court Street
Glenville, WV 26351

Tashua Allman

**Grafton Municipal Court**
One West Main Street
Grafton, WV 26354

Robert C. Gorey Jr.

**Grant Town Municipal Court**
Post Office Box 40
Grant Town, WV 26574

**Grantsville Municipal Court**
Post Office Box 146
Grantsville, WV 26147

**Granville Municipal Court**
Dents Run Boulevard
Granville, WV 26534

**Hambleton Municipal Court**
P.O. Box 60
Hambleton, WV 26269

**Hamlin Municipal Court**
220 Main Street
Hamlin, WV 25523

**Handley Municipal Court**
Post Office Box 100
Handley, WV 25102

**Town of Harman Municipal Court**
P.O. Box 125
Harman, WV 26270

**Harpers Ferry Municipal Court**
Post Office Box 217
Harpers Ferry, WV 25425

**Harrisville Municipal Court**
Post Office Box 243
Harrisville, WV 26362

**Hartford Municipal Court**
PO Box 96
Hartford, WV 25247

**Hedgesville  Municipal Court**
Post Office Box 45
Hedgesville, WV 25427

**Henderson Municipal Court**
P.O. Box 205
Henderson, WV 25106

**Hendricks Municipal Court**
PO Box 122
Hendricks, WV 26271

**Hillsboro Municipal Court**
P.O. Box 88
Hillsboro, WV 24946

**Hinton Municipal Court**
322 Summers Street
Hinton, WV 25951

**Hundred Municipal Court**
P.O. Box 1100
Hundred, WV 26575

**Huntington Municipal Court**
Post Office Box 1659
Huntington, WV 25717

Cheryl Henderson

**Hurricane Municipal Court**
Post Office Box 1086
Hurricane, WV 25526

Phyllis Smith

**Huttonsville Municipal Court**
P.O. Box 81
Huttonsville, WV 26273

**Laeger Municipal Court**
Post Office Box 158
Laeger, WV 24844

**Jane Lew Municipal Court**
P.O. Box 50
Jane Lew, WV 26378

**Junior Municipal Court**
Post Office Box 247
Junior, WV 26275

**Kenova Municipal Court**
Post Office Box 268
Kenova, WV 25530

Steven G. Jordan

**Kermit Municipal Court**
Post Office Box 385
Kermit, WV 25674

**Keyser Municipal Court**
111 North Davis Street
Keyser, WV 26726

**Keystone Municipal Court**
HC 52, Box 200
Keystone, WV 24852

**Kimball Municipal Court**
P.O. Box 157
Kimball, WV 24853

**Kingwood Municipal Court**
313 Tunnelton Street
Kingwood, WV 26537

**Leon Municipal Court**
Drawer 136
Leon, WV 25123

**Lester Municipal Court**
Post Office Box 56
Lester, WV 25865

**Lewisburg Municipal Court**
942 Washington Street West
Lewisburg, WV 24901

**Logan Municipal Court**
219 Dingess Street
Logan, WV 25601

**Lost Creek Municipal Court**
Post Office Box 216
Lost Creek, WV 26385

**Lumberport Municipal Court**
Post Office Box 519
Lumberport, WV 26386

**Mabscott Municipal Court**
Post Office Box 176
Mabscott, WV 25871

**Madison Municipal Court**
255 Washington Avenue
Madison, WV 25130

**Man Municipal Court**
Post Office Box 70
Man, WV 25635

**Mannington Municipal Court**
206 Main Street
Mannington, WV 26582

**Marlinton Municipal Court**
709 Second Avenue
Marlinton, WV 24954

Richard Groseclose

**Marmet Municipal Court**
PO Box 15216
Marmet, WV 25365

**Martinsburg Municipal Court**
232 N. Queen Street
Martinsburg, WV 25401

**Mason Municipal Court**
Post Office Box 438
Mason, WV 25260

**Masontown Municipal Court**
Post Office Box 340
Masontown, WV 26542

**Matewan Municipal Court**
Post Office Box 306
Matewan, WV 25678

**Matoaka Municipal Court**
Post Office Box 528
Matoaka, WV 24736

**McMechen Municipal Court**
47 Ninth Street
McMechen, WV 26040

**Meadow Bridge Municipal Court**
PO Box 8
Meadow Bridge, WV 25976

**Middlebourne Municipal Court**
100 Main Street
Middlebourne, WV 26149

**Mill Creek Municipal Court**
P.O. Box 128
Mill Creek, WV 26280

**Milton Municipal Court**
1139 Smith Street
Milton, WV 25541

**Mitchell Heights Municipal Court**
305 Central Avenue
Logan, WV 25601

**Monongah Municipal Court**
430 Bridge Street
Monongah, WV 26554

**Montgomery Municipal Court**
706 Third Avenue
Montgomery, WV 25136

**Montrose Municipal Court**
P.O. Box 84
Montrose, WV 26283

**Moorefield Municipal Court**
206 Winchester Avenue
Moorefield, WV 26836

**Morgantown Municipal Court**
389 Spruce Street
Morgantown, WV 26505

**Moundsville Municipal Court**
Post Office Box E
Moundsville, WV 26041

**Mount Hope Municipal Court**
609 Main St
Post Office Box 151
Mount Hope, WV 25880

**Mullens Municipal Court**
316 Moran Avenue
Mullens, WV 25882

**New Cumberland Municipal Court**
Post Office Box 505
New Cumberland, WV 26047

**New Haven Municipal Court**
Post Office Box 217
New Haven, WV 25265

**New Martinsville Municipal Court**
191 Main Street
New Martinsville, WV 26155

**Newburg Municipal Court**
P.O. Box 40
Newburg, WV 26410

**Nitro Municipal Court**
Post Office Box 308
Nitro, WV 25143

**North Hills Municipal Court**
PO Box 4322
Parkersburg, WV 26101

**Northfork Municipal Court**
Post Office Box 760
Northfork, WV 24868

**Nutter Fort Municipal Court**
1415 Buckhannon Pike
Nutter Fort, WV 26301

James K. "Jim" Terango

**Oak Hill Municipal Court**
PO Box 1245
Oak Hill, WV 25901

Wilbur Toney

**Oakvale Municipal Court**
13610 Ingelside Road
Oakvale, WV 24739

**Oceana Municipal Court**
Post Office Box 190
Oceana, WV 24870

Christine Morgan

**Paden City Municipal Court**
P.O. Box 211
Paden City, WV 26159

**Parkersburg Municipal Court**
Post Office Box 1627
Parkersburg, WV 26102

**Parsons Municipal Court**
341 Second Street
Parsons, WV 26287

**Paw Paw Municipal Court**
Post Office Box 35
Paw Paw, WV 25434

**Pax Municipal Court**
Post Office Box 118
Pax, WV 25904

**Pennsboro Municipal Court**
422 Main Street
Pennsboro, WV 26415

**Petersburg Municipal Court**
Post Office Box 669
Petersburg, WV 26847

**Peterstown Municipal Court**
Post Office Box 487
Peterstown, WV 24963

**Philippi Municipal Court**
Post Office Box 460
Philippi, WV 26416

Alan D. Moats

**Piedmont Municipal Court**
52 Second Street
Piedmont, WV 26750

**Pine Grove Municipal Court**
Post Office Box 286
Pine Grove, WV 26419-0286

**Pineville Municipal Court**
Drawer 220
Pineville, WV 24874

**Pleasant Valley Municipal Court**
2340 Kingmont Road, Suite 1
Pleasant Valley, WV 26554

**Poca Municipal Court**
Post Office Box 586
Poca, WV 25159

**Point Pleasant Municipal Court**
400 Viand Street
Point Pleasant, WV 25550

**Pratt Municipal Court**
Post Office Box 128
Pratt, WV 25162

**Princeton Municipal Court**
100 Courthouse Road
Princeton, WV 24740

**Pullman Municipal Court**
PO Box 107
Pullman, WV 26421

**Quinwood Municipal Court**
Post Office Box 194
Quinwood, WV 25981

**Rainelle Municipal Court**
PO Box 648
Rainelle, WV 25962

**Ranson Municipal Court**
312 South Mildred Street
Ranson, WV 25438

**Ravenswood Municipal Court**
212 Walnut Street
Ravenswood, WV 26164

**Reedsville Municipal Court**
P.O. Box 397
Reedsville, WV 26547

**Reedy Municipal Court**
118 Main Street
Reedy, WV 25270

**Renick (Falling Springs) Municipal Court**
Post Office Box 116
Renick, WV 24966

**Rhodell Municipal Court**
Post Office Box 5
Rhodell, WV 25915

**Richwood Municipal Court**
6 White Avenue
Richwood, WV 26261

**Ridgeley Municipal Court**
Post Office Box 1290
Ridgeley, WV 26753

**Ripley Municipal Court**
203 South Church Street
Ripley, WV 25271

**Rivesville Municipal Court**
Post Office Box 45
Rivesville, WV 26588

**Romney Municipal Court**
340 E. Main Street
Romney, WV 26757

Larry Johnson

**Ronceverte Municipal Court**
P. O. Box 417
Ronceverte, WV 24970

**Rowlesburg Municipal Court**
Post Office Box 458
Rowlesburg, WV 26452

**Rupert Municipal Court**
Drawer B
Rupert, WV 25984

**Saint Albans Municipal Court**
1499 MacCorkle Avenue
Saint Albans, WV 25177

**Saint Marys Municipal Court**
418 Second Street
Saint Marys, WV 26170

**Salem Municipal Court**
Post Office Box 352
Salem, WV 26426

**Sand Fork Municipal Court**
Post Office Box 88
Sand Fork, WV 26430

**Shepherdstown Municipal Court**
Post Office Box 248
Shepherdstown, WV 25443

**Shinnston Municipal Court**
40 Main Street
Shinnston, WV 26431

**Sistersville Municipal Court**
200 Diamond Street
Sistersville, WV 26175

**Smithers Municipal Court**
Post Office Box 489
Smithers, WV 25186

**Smithfield Municipal Court**
Post Office Box 67
Smithfield, WV 26437

**Sophia Municipal Court**
Post Office Box 700
Sophia, WV 25921

**South Charleston Municipal Court**
PO Box 8597
South Charleston, WV 25303

H. Wyatt Hanna, II

**Spencer Municipal Court**
116 Court Street
Spencer, WV 25276

Charles E. McCarty

**St. Albans Municipal Court**
51 6th Avenue
Saint Albans, WV 25177

**St. Marys Municipal Court**
418 2nd St.
Saint Marys, WV 26170

**Star City Municipal Court**
370 Broadway Avenue
Star City, WV 26505

Todd Johnson

**Stonewood Municipal Court**
112 Southern Avenue
Stonewood, WV 26301

**Summersville Municipal Court**
400 Broad Street
Post Office Box 525
Summersville, WV 26651

**Sutton Municipal Court**
Post Office Box 366
Sutton, WV 26601

**Sylvester Municipal Court**
Post Office Box 10
Sylvester, WV 25193

**Terra Alta Municipal Court**
701 A. E. State Avenue
Terra Alta, WV 26764

**Thomas Municipal Court**
P.O. Box 248
Thomas, WV 26292

**Thurmond Municipal Court**
174 River Crest Road
Thurmond, WV 25936

**Triadelphia Municipal Court**
P.O. Box 177
Triadelphia, WV 26059

**Tunnelton Municipal Court**
Post Office Box 396
Tunnelton, WV 26444

**Union Municipal Court**
Post Office Box 13
Union, WV 24983

**Valley Grove Municipal Court**
P.O. Box 103
Valley Grove, WV 26060

**Vienna Municipal Court**
609 29th Street
Vienna, WV 26105

**War Municipal Court**
Post Office Box 280
War, WV 24892

**Wardensville Municipal Court**
Post Office Box 7
Wardensville, WV 26851

**Wayne Municipal Court**
Post Office Box 186
Wayne, WV 25570

**Webster Springs (Addison) Municipal Court**
146 McGraw Avenue
Webster Springs, WV 26288

**Weirton Municipal Court**
200 Municipal Plaza
Weirton, WV 26062

**Welch Municipal Court**
88 Howard Street
Welch, WV 24801

**Wellsburg Municipal Court**
70 Town Square
Wellsburg, WV 26070

**West Hamlin Municipal Court**
Post Office Box 221
West Hamlin, WV 25571

**West Liberty Municipal Court**
Post Office Box 353
West Liberty, WV 26074

**West Logan Municipal Court**
P.O. Box 5286
West Logan, WV 25601

**West Milford Municipal Court**
Post Office Box 120
West Milford, WV 26451

**West Union Municipal Court**
Post Office Box 5
West Union, WV 26456

**Weston Municipal Court**
102 West Second Street
Weston, WV 26452

**Westover Municipal Court**
500 DuPont Road
Westover, WV 26501

**Wheeling Municipal Court**
1500 Chapline Street
Wheeling, WV 26003

**White Sulphur Springs Municipal Court**
34 West Main Street
White Sulphur Springs, WV 24986

**Whitehall Municipal Court**
3 Timrod Drive
Whitehall, WV 26554

George Hagan

**White Sulphur Springs**
32 West Main Street
White Sulphur Springs, WV 24986

D. Ed Swepston

**Whitesville Municipal Court**
Post Office Box 475
Whitesville, WV 25209

**Williamson Municipal Court**
Post Office Box 1517
Williamson, WV 25661

**Williamstown Municipal Court**
100 West Fifth Street
Williamstown, WV 26187

**Windsor Heights Municipal Court**
Post Office Box 208
Windsor Heights, WV 26075

**Winfield Municipal Court**
P.O. Box 596
Winfield, WV 25213

**Worthington Municipal Court**
Post Office Box 265
Worthington, WV 26591

## **Magistrate Courts**
**Barbour County**
P. O. Box 541
Church & Main Streets
Philippi, WV 26416

Magistrate Kathi S. McBee
Magistrate Tina M. Mouser

**Berkeley County**
Berkeley County Judicial Center
380 West South Street
Martinsburg, WV 25401

Magistrate Betty Carpenter-Hersh
Magistrate Charles C. Cole, Sr.
Magistrate Robert L. Lowe, II
Magistrate JoAnn B. Overington
Magistrate Harry L. Snow

**Boone County**
Boone County Courthouse
200 State Street
Madison, WV 25130

Magistrate Charles M. Byrnside
Magistrate Clarence "Porter" Snodgrass

**Braxton County**
307 Main Street
Suite 205
Sutton, WV 26601

Magistrate David R. Singleton
Magistrate Mary Beth Smith

## Brooke County

Brooke County Magistrate Court
744 Charles Street, Suite 4
Wellsburg, WV 26070

Magistrate Robin L. Snyder
Magistrate Linda J.R. Viderman

## Cabell County

Cabell County Courthouse
750 Fifth Avenue
Huntington, WV 25701

Rondall L. Baumgardner
Magistrate Wayne S. Bias
Magistrate Darrell G. Black
Magistrate Daniel M. Goheen
Magistrate John H. McCallister
Magistrate Danne J. Vance
Magistrate Mike J. Woelfel

## Calhoun County

Calhoun County Courthouse
P.O. Box 186
363 Main Street, Suite 103
Grantsville, WV 26147

Magistrate Richard G. Postalwait
Magistrate Teresa D. Carpenter

## Clay County

P.O. Box 393
225 Main Street
Clay, WV 25043

Magistrate Jeffery W. Boggs
Magistrate Charles J. Rider

## Doddridge County

Doddridge County Courthouse
P.O. Box 207
118 East Court Street
West Union, WV 26456

Magistrate Olivia A. Adams
Magistrate Jamie Lou Moran

**Fayette County**
Fayette County Courthouse
100 Church Street
Fayetteville, WV 25840

Magistrate Leonard H. Bickford
Magistrate Sharon R. McGraw
Magistrate Samuel D. Parsons
Magistrate Danita G. Young

**Gilmer County**
Gilmer County Courthouse
201 North Court Street
Glenville, WV 26351

Magistrate Alton L. Skinner, II
Magistrate Carol L. Wolfe

**Grant County**
4 North Main Street
Petersburg, WV 26847

Magistrate Willard L. Earle, II
Magistrate William "Bill" Feaster, Jr.

**Greenbrier County**
203 Green Lane
Lewisburg, WV 24901

Magistrate Charles D. Beard
Magistrate Brenda L. Campbell
Magistrate Brenda J. Smith

**Hampshire County**
Hampshire County Judicial Center
P.O. Box 881
50 South High Street, Suite 3
Romney, WV 26757

Magistrate Ronald J. DiCiolla
Magistrate Shirley A. Timbrook

**Hancock County**
P.O. Box 626
900 North Chester Street
New Cumberland, WV 26047

Magistrate William S. Hicks
Magistrate Michael W. Powell
Magistrate Michael S. White

**Hardy County**
Hardy County Courthouse
204 Washington Street
Moorefield, WV 26836

Magistrate Craig A. Hose
Shawna Crites

**Harrison County**
Room 222
306 Washington Avenue
Clarksburg, WV 26301

Magistrate Frank A. DeMarco
Magistrate Warren E. Davis
Magistrate Mark A. Gorby
Magistrate Keith Marple
Magistrate Tammy F. Marple

**Jackson County**
Jackson County Courthouse
P.O. Box 368
100 Main Street
Ripley, WV 25271

Magistrate Jacqueline R. Casto
Magistrate William Thomas Reynolds

**Jefferson County**
P.O. Box 607
110 North George Street
Charles Town, WV 25414

Magistrate Gail C. Boober
Magistrate Mary P. Rissler
Magistrate William E. Senseney

**Kanawha County**
Kanawha County Judicial Building
111 Court Street
Charleston, WV 25301

Magistrate Kim Aaron
Magistrate Brent L. Hall
Magistrate Timothy C. Halloran
Magistrate Ward Harshbarger, III
Magistrate Pete C. Lopez
Magistrate Jack Pauley
Magistrate Joseph L. Shelton
Magistrate Michael A. Sisson
Magistrate Traci L. Strickland
Magistrate Julie M. Yeager

**Lewis County**
Lewis County Courthouse Annex
117 Court Avenue, Room 143
Weston, WV 26452

Magistrate Roger D. Clem, Jr.
Magistrate Michael R. Gissy
**Lincoln County**
Lincoln County Courthouse
P.O. Box 573
8000 Court Avenue
Hamlin, WV 25523

Magistrate Mona Dell Snodgrass
Magistrate Sophia J. Tully

**Logan County**
Logan County Courthouse
300 Stratton Street
Logan, WV 25601

Magistrate Leonard Codispoti
Magistrate Jeffrey S. Lane
Magistrate Dwight A. Williamson

**Marion County**
200 Jackson Street
Fairmont, WV 26554

Magistrate Mark M. Hayes
Magistrate Melissa Pride Linger
Magistrate Hank E. Middlemas
Magistrate Cathy L. Reed-Vanata

**Marshall County**
511 Sixth Street
Moundsville, WV 26041

Magistrate David M. Buzzard
Magistrate Mark A. Kerwood
Magistrate David E. McLaughlin

**Mason County**
Mason County Courthouse
200 Sixth Street
Point Pleasant, WV 25550

Magistrate Cheryl M. Ross
Magistrate Gail L. Roush

**McDowell County**
P.O. Box 447
105 Wyoming Street
Welch, WV 24801

Magistrate Steve L. Cox
Magistrate Daniel W. Mitchell
Magistrate Richard VanDyke

**Mercer County**
100 Rogers Street
Bluefield, WV 24701

Magistrate Sandra J. Dorsey
Magistrate Susan A. Honaker

120 Scott Street
Princeton, WV 24740

Magistrate James E. Dent
Magistrate Michael D. Flanigan
Magistrate Charles N. Poe

**Mineral County**
105 West Street
Keyser, WV 26726

Magistrate David C. Harman
Magistrate Carolyn S. Roby

**Mingo County**
P.O. Box 986
Logan Street and First Avenue
Williamson, WV 25661

Magistrate Jim Harvey
Magistrate Pamela S. Newsome
Magistrate Deloris D. "Dee" Sidebottom

**Monongalia County**
Magistrate Court Building
265 Spruce Street
Morgantown, WV 26505

Magistrate Saundra K. Holepit
Magistrate Hershel R. Mullins
Magistrate James E. Nabors
Magistrate Darris J. Summers

**Monroe County**
P.O. Box 4
Union Fire Hall
Greenhill Road
Union, WV 24983

Magistrate Nancy P. Crews
Magistrate Kevin L. Miller

**Morgan County**
Morgan County Courthouse
77 Fairfax Street, Room 202
Berkeley Springs, WV 25411

Magistrate Kermit M. Ambrose
Magistrate Greg L. Miller

**Nicholas County**
38 Edgewood Avenue
Richwood, WV 26261

Magistrate Doren W. Plummer

511 Church Street
Summersville, WV 26651

Sarah Meadows Brown
Magistrate John D. Morton, Jr.

**Ohio County**
Ohio County Magistrate Court
26 Fifteenth Street
Wheeling, WV 26003

Magistrate Charles W. Murphy
Magistrate Patricia L. Murphy
Magistrate Harry A. Radcliffe
Magistrate Joseph E. Roxby

**Pendleton County**
P.O. Box 637
Main Street
Franklin, WV 26807

Magistrate Andrew M. Hinkle
Magistrate Kevin E. Puffenberger

**Pleasants County**
Pleasants County Courthouse
301 Court Lane, Room B-6
St. Marys, WV 26170

Magistrate Kathy M. Elder
Magistrate Randy Nutter

**Pocahontas County**
Pocahontas County Courthouse
900 Tenth Avenue
Marlinton, WV 24954

Magistrate Cynthia D. Broce-Kelley
Magistrate Carrie E. Wilfong

**Preston County**

Preston County Courthouse
101 West Main Street, Room 201
Kingwood, WV 26537

Magistrate Lewis F. Ault
Harold E. Jenkins, Jr.
Janice K. Snider

**Putnam County**

12093 Winfield Road, Suite 15
Winfield, WV 25213-7907

Magistrate Elizabeth Kylene Brown
Magistrate Linda J. Hunt
Magistrate Scot A. Lawrence

**Raleigh County**

Raleigh County Judicial Center
222 Main Street
Beckley, WV 25801

Magistrate Charles R. Humphrey
Magistrate Richard D. Jones
Magistrate Stephen D. Massie
Magistrate Tomi S. Peck
Magistrate Gregory W. Tanner

**Randolph County**

Randolph County Magistrate Court
11 Randolph Avenue
Elkins, WV 26241

Magistrate Robert R. Elbon, Jr.
Magistrate George M. "Mike" Riggleman
Magistrate Benjamin E. Shepler

**Ritchie County**

Ritchie County Magistrate Court
130 North Court Street
Harrisville, WV 26362

Magistrate Teresa C. Harper
Magistrate David W. Haugh

**Roane County**
201 Main Street
Spencer, WV 25276

Magistrate Jason D. Bennett
Magistrate Ronald W. White

**Summers County**
Judicial Annex Building
P.O. Box 1059
123 Temple Street
Hinton, WV 25951

Magistrate Jack K. Hellems
Magistrate Jack W. "Bill" Jeffries, Jr.

**Taylor County**
Taylor County Courthouse Annex
214 West Main Street
Grafton, WV 26354

Magistrate James Leonard Lucas
Magistrate Ricky R. Reese

**Tucker County**
211 First Street
Parsons, WV 26287

Magistrate Riley H. Barb
Magistrate Carol D. Irons

**Tyler County**
P.O. Box 127
225 Main Street
Middlebourne, WV 26149

Magistrate Michael K. Griffin
Magistrate John E. Roberts

**Upshur County**
Upshur County Courthouse
38 West Main Street, Room 204
Buckhannon, WV 26201

Magistrate Juanita E. Adams
Magistrate John M. Coffman

**Wayne County**
Wayne County Courthouse
P.O. Box 667
700 Hendricks Street, Room 301
Wayne, WV 25570

Magistrate: John Cavins
Magistrate David Ferguson
Magistrate Randall W. Wiles

**Webster County**
112 Bell Street, Suite A
Webster Springs, WV 26288

Magistrate Richard Robertson
Magistrate John R. Stone

**Wetzel County**
P.O. Box 147
303 Main Street
New Martinsville, WV 26155

Magistrate Judith P. Goontz
Magistrate Thomas J. Shepherd

**Wirt County**
P.O. Box 249
One Court Street
Elizabeth, WV 26143

Magistrate C. David Roberts
Magistrate Janey I. Wigal

**Wood County**
401 Second Street, Suite 12
Parkersburg, WV 26101

Magistrate Joe A. Kuhl
Magistrate Brenda K. Marshall
Magistrate Joyce S. Purkey
Magistrate Robin Waters

**Wyoming County**
P.O. Box 1500
44 Cedar Street
Pineville, WV 24874

Magistrate James R. Boles
Magistrate Donald C. Cook
Magistrate Ida Kay Fulford

## Circuit Courts
**First Judicial Circuit**
**Counties:  Brooke, Hancock and Ohio**
Brooke County Courthouse
P.O. Box 474
632 Main Street
Wellsburg, WV 26070

Judge Martin J. Gaughan

Ohio County Courthouse
1500 Chapline Street, Room 506
Wheeling, WV 26003

Judge James P. Mazzone
Judge David J. Sims

Hancock County Courthouse
P.O. Box 428
102 Court Street
New Cumberland, WV 26047

Judge Ronald E. Wilson

**Second Judicial Circuit**
**Counties:  Marshall, Tyler and Wetzel**
Marshall County Courthouse
600 Seventh Street
Moundsville, WV 26041

Judge David W. Hummel, Jr.
Judge Mark A. Karl

**Third Judicial Circuit**
**Counties:  Doddridge, Pleasants and Ritchie**
Pleasants County Courthouse
301 Court Lane, Suite 202
St. Marys, WV 26170

Judge Tim Sweeney

**Fourth Judicial Circuit**
**Counties:  Wirt and Wood**
Wood County Judicial Building
2 Government Square
Parkersburg, WV 26101-5353

Judge John D. Beane
Judge Jeffrey B. Reed
Judge Robert A. Waters

**Fifth Judicial Circuit**
**Counties:  Calhoun, Jackson, Mason and Roane**
Jackson County Courthouse
P.O. Box 800
100 Court Street
Ripley, WV 25271

Judge Thomas C. Evans, III

Mason County Courthouse
200 Sixth Street
Point Pleasant, WV 25550

Judge David W. Nibert

**Sixth Judicial Circuit**
**Counties:  Cabell**
Cabell County Courthouse
750 Fifth Avenue
Huntington, WV 25701

Judge Chris Chiles
Judge Paul T. Farrell
Judge Alfred E. Ferguson
Judge F. Jane Hustead

**Seventh Judicial Circuit**
**Counties:  Logan**
Logan County Courthouse
300 Stratton Street
Logan, WV 25601

Judge Eric H. O'Briant
Judge Roger L. Perry

**Eighth Judicial Circuit**
**Counties:  McDowell**
McDowell County Courthouse
P.O. Box 768
Court and Wyoming Streets
Welch, WV 24801

Judge Rudolph J. Murensky, II

McDowell County Courthouse
P.O. Box 310
Court and Wyoming Streets
Welch, WV 24801

Judge Booker T. Stephens

**Ninth Judicial Circuit**
**Counties:  Mercer**
Mercer County Courthouse Annex
120 Scott Street, Suite 203
Princeton, WV 24740

Judge Omar J. Aboulhosn

Mercer County Courthouse
1501 Main Street, Suite 211
Princeton, WV 24740

Judge William J. Sadler
Judge Derek C. Swope

**Tenth Judicial Circuit**
**Counties:  Raleigh**
Raleigh County Judicial Center
222 Main Street
Beckley, WV 25801

Judge Robert A. Burnside, Jr.
Judge John A. Hutchison
Judge H. L. Kirkpatrick III

**Eleventh Judicial Circuit**
**Counties:  Greenbrier and Pocahontas**
Greenbrier County Courthouse
P.O. Box 751
200 North Court Street
Lewisburg, WV 24901

Judge Robert E. Richardson
Judge James J. Rowe

**Twelfth Judicial Circuit**
**Counties:  Fayette**
Fayette County Courthouse
100 Court Street
Fayetteville, WV 25840

Judge Paul M. Blake, Jr.
Judge John W. Hatcher, Jr.

**Thirteenth Judicial Circuit**
**Counties:  Kanawha**
Kanawha County Judicial Building
P.O. Box 2351
111 Court Street
Charleston, WV 25301

Judge Jennifer F. Bailey
Judge Louis H. "Duke" Bloom
Judge Tod J. Kaufman
Judge Charles E. King
Judge James C. Stucky
Judge Joanna Tabit
Judge Carrie L. Webster

**Fourteenth Judicial Circuit**
**Counties:  Braxton, Clay, Gilmer and Webster**
Webster County Courthouse
2 Court Square
Webster Springs, WV 26288

Judge Jack Alsop

Braxton County Courthouse
300 Main Street
Sutton, WV 26601

Judge Richard A. Facemire

**Fifteenth Judicial Circuit**
**Counties:  Harrison**
Harrison County Courthouse
301 West Main Street
Clarksburg, WV 26301-2967

Judge Thomas A. Bedell
Judge J. Lewis Marks, Jr.

**Sixteenth Judicial Circuit**
**Counties:  Marion**
Marion County Courthouse
P.O. Box 629
219 Adams Street
Fairmont, WV 26554

Judge Michael John Aloi
Judge David R. Janes

**Seventeenth Judicial Circuit**
**Counties:  Monongalia**
Monongalia County Courthouse
243 High Street
Morgantown, WV 26505

Judge Russell M. Clawges, Jr.
Judge Susan B. Tucker

Magistrate Court Building
265 Spruce Street, Suite 301
Morgantown, WV 26505

Judge Phillip D. Gaujot

**Eighteenth Judicial Circuit**
**Counties:  Preston**
Preston County Courthouse
101 West Main Street, Room 303
Kingwood, WV 26537

Judge Lawrance S. Miller, Jr.

**Nineteenth Judicial Circuit**
**Counties:  Barbour and Taylor**
Taylor County Courthouse
214 West Main Street
Grafton, WV 26354

Judge Alan D. Moats

**Twentieth Judicial Circuit**
**Counties:  Randolph**
Randolph County Courthouse
2 Randolph Avenue
Elkins, WV 26241

Judge David H. Wilmoth

**Twenty-First Judicial Circuit**
**Counties:  Grant, Mineral and Tucker**
Mineral County Courthouse
P.O. Box 150
Keyser, WV 26726

Judge Philip B. Jordan Jr.

114 Armstrong Street
Keyser, WV 26726

Judge Lynn A. Nelson

**Twenty-Second Judicial Circuit**
**Counties:  Hampshire, Hardy and Pendleton**
Hampshire County Judicial Center
P.O. Box 856
50 South High Street, Suite 6
Romney, WV 26757

Judge H. Charles Carl, III

Hardy County Courthouse
204 Washington Street, Room 203
Moorefield, WV 26836

Judge Charles E. Parsons

**Twenty-Third Judicial Circuit**
**Counties:  Berkeley, Jefferson and Morgan**
Berkeley County Judicial Center
380 West South Street
Martinsburg, WV 25401

Judge Michael D. Lorensen
Judge Gray Silver III
Judge Christopher C. Wilkes
Judge John C. Yoder

Jefferson County Courthouse
100 E. Washington Street
Charles Town, WV 25414

Judge David H. Sanders

**Twenty-Fourth Judicial Circuit**
**Counties:  Wayne**
Wayne County Courthouse
P.O. Box 68
700 Hendricks Street
Wayne, WV 25570

Judge Darrell Pratt
Judge James H. Young, Jr.

**Twenty-Fifth Judicial Circuit**
**Counties:  Boone and Lincoln**
Lincoln County Courthouse
P.O. Box 605
8000 Court Avenue
Hamlin, WV 25523

Judge Jay M. Hoke

Boone County Courthouse
200 State Street
Madison, WV 25130

Judge William S. Thompson

**Twenty-Sixth Judicial Circuit**
**Counties:  Lewis and Upshur**
Upshur County Courthouse
P.O. Box 57
38 West Main Street
Buckhannon, WV 26201

Judge Jacob E. Reger

**Twenty-Seventh Judicial Circuit**
**Counties:  Wyoming**
Wyoming County Courthouse
P.O. Box 581
Bank Street
Pineville, WV 24874

Judge Warren R. McGraw

**Twenty-Eighth Judicial Circuit**
**Counties:  Nicholas**
Nicholas County Courthouse
700 Main Street
Summersville, WV 26651

Judge Gary L. Johnson

**Twenty-Ninth Judicial Circuit**
**Counties:  Putnam**
Putnam County Judicial Building
3389 Winfield Road
Winfield, WV 25213

Judge Joseph Reeder
Judge Phillip M. Stowers

**Thirtieth Judicial Circuit**
**Counties:  Mingo**
Mingo County Courthouse
P.O. Box 1198
75 East Second Avenue
Williamson, WV 25661

Judge Miki J. Thompson

**Thirty-First Judicial Circuit**
**Counties:  Monroe and Summers**
Monroe County Courthouse
P.O. Box 648
Main Street
Union, WV 24983

Judge Robert A. Irons

Submitted for record February 27, 2015

Executor of EDWARD BERNARD WOODBERRY estate,

2/27/2015

Living Soul Chief Asan Manuel Mustafah Fearce W. Yahzoo, Executor
Yazoo Tribe Freedom Services, Director

**Domicile for receiving Acts**:

Executor of EDWARD BERNARD WOODBERRY Estate,
Living Soul Chief Asan Manuel Mustafah Fearce W. Yahzoo, Executor
15821 FM 529 Ste 305
Houston, Texas, 77095