Libellus


Judge: His Holiness Bishop of Rome Pope Franciscus
(Under the Watchful Eye of Almighty God Creator of All)


**Petitioner:** Executor of EDWARD BERNARD WOODBERRY Estate,
Living Soul Chief Asan Manuel Mustafah Fearce W. Yahzoo, Executor
Yazoo Tribe Freedom Services, Director


**Complaint**:
Said Respondents willing consent to commit acts of Murder, Kidnap in lieu of Ransom, Fraud, Extortion, Terroristic Threats, False imprisonment, Unlawful Detainment, Malicious Harassment, Racketeering, Deprivation of Life, Human Rights, Freedoms and Liberties. Thus violating:

Can. 1397
Can. 1323 n. 1
Can. 1324 n. 4


**Petition**:
Said Petitioner, Executor of EDWARD BERNARD WOODBERRY Estate, by the authority of and in accordance with (**Can. 1729 § 1**), (**Can. 1505**), and (**Can. 1506**), herby formally brings contentious action for repairing of damages sustained due to said offenses committed by said respondents, and also by the authority of and in accordance with ( **Can. 1596 § 1**) do herby, request the services of Archbishop Roger Lawrence Schwietz, Archbishop Wilton Daniel Gregory, Archbishop William E. Lori, Archbishop Cardinal Sean' Patrick O' Malley, Archbishop Blase J. Cupich, Archbishop Dennis Marion Schnurr, Archbishop Samuel Joseph Aquila, Archbishop Allen Henry Vigneron, Archbishop Michael Owen Jackels, Archbishop Cardinal Daniel DiNardo, Archbishop Leonard Paul Blair, Archbishop Joseph William Tobin, Archbishop Joseph Fred Naumann, Archbishop Jose Horacio Gomez, Archbishop Joseph Edward Kurtz, Archbishop Thomas Wenski, Archbishop Jerome Edward Listecki, Archbishop Thomas John Rodi, Archbishop Gregory Michael Aymond, Archbishop Cardinal Timothy Dolan, Archbishop John J. Myers, Archbishop Paul Stagg Coakley, Archbishop George Joseph Lucas, Archbishop Charles Joseph Chaput, Archbishop Alexander King Sample, Archbishop John Clayton Nienstedt,  Archbishop Gustavo Garcia-Siller, Archbishop Salvatore Joseph Cordileone, Archbishop Michael Jarboe Sheehan, Archbishop J. Peter Sartain, Archbishop Cardinal Donald William Wuerl, Archbishop Timothy P. Broglio, Robert J. Carlson in accord with **(Can. 1405 n. 1)** to immediately forward said Libellus attached herein, to His Holiness Bishop of Rome Pope Francisus so he may call forth in accordance with **(Can. 1400 § 2)** an administrative Tribunal to investigate said offenses and award compensation for said damages to said petitioner to be received on behalf of said victims in the amount of 1,666 trillion USD, said award shall be immediately

1

transferred to the Yazoo Tribe Eternal Living Trust, to fund the building and administration of infrastructure necessary to provide the peaceful transition of said victims from prison and detainment facilities to accommodations suitable for the nurturing development of youth.

Due to the Urgency, Severity and nature of the offenses listed above and below said petitioners request said judge to act by the authority of and in accordance with **Can.1458** and immediately move said petition to the top of the docket

**Facts**:
For matter of record, **Can. 1323 n. 1**, clearly prohibits the imposition of penalty or punishment, for violation of law or precept, on any and all persons who have not yet completed the sixteenth year of age.

Also for matter of record, **Can. 1324 § n. 4**, states:
A **minor** who has completed the age of sixteen years is not exempt from a penalty (but) the penalty set by law or precept (must be tempered) or a penance substituted in its place (**if**) the offense was committed.

Thus, all documents and actions created and perpetrated to forcefully coerce and subdue under the condition of duress and threat of harm, any and all, persons under the age of seventeen and minors under the age of eighteen, by subjecting said persons to criminal convictions and or, punishment reserved and designed for adults are acts of murder, Kidnap, malicious extortion, unlawful detainment, false imprisonment, Malicious Harassment, Racketeering, and the deprivation of Human Rights Freedoms and Liberties. Therefore all respondents involved in and participating in the criminal enterprise to subject said persons to the torment of defending themselves against said persecution are liable and accountable for all damages sustained by said persons due to said criminal enterprises.

**Therefore, the unlawful practice of Charging and convicting said persons for crimes is an egregious scandal with the aim of circumventing said Codes of Canon, for the purpose of murder and enslavement of poor youth cursed by the systematic impoverishment created by said criminal enterprises. The unlawful practice of certifying said persons as adults further adds to the severity of said scandal.**

Said petitioner on behalf of all said victims herby demand that any and all, unlawful juvenile courts engaged in said practices cease immediately. Furthermore, any all said persons described  above currently held and or detained in any and all juvenile and or adult correction facilities be immediately released. Furthermore all records kept of said unlawful  prosecutions be immediately expunged and destroyed retroactively.

**Respondents:**

**Any and all court and municipal entities listed below,and, any and all, officers, employees, attorneys, barristers, accountants, officials, boards, board members, ordinaries, staff, directors, Chairs, owners, companies, entities, businesses, executors, families, heirs,  beneficiaries,Trusts, Endowments, Legacies, Foundations, communicators, UN registered Non-Profit NGO institutions, non-governmental organizations, non- partisan organizations, benefactors, trustees, councils, counselors, Consultors, consultants,  initiatives, unions, leagues, clans, book runners, institutions, affiliates, associations, insurers, banks, pools, of, for, in connection with, and or, having association with, any, and or, all, said respondents, including but not limited, to the following,**

**United States Government**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

President Barrack Obama
President George W. Bush
President William Jefferson Clinton
President George Herbert Walker Bush

**113th Congress**

Alexander, Lamar - (R - TN)
Ayotte, Kelly - (R - NH)
Baldwin, Tammy - (D - WI)
Barrasso, John - (R - WY)
Begich, Mark - (D - AK)
Bennet, Michael F. - (D - CO)
Blumenthal, Richard - (D - CT)
Blunt, Roy - (R - MO)
Booker, Cory A. - (D - NJ)
Boozman, John - (R - AR)
Boxer, Barbara - (D - CA)
Brown, Sherrod - (D - OH)
Burr, Richard - (R - NC)
Cantwell, Maria - (D - WA)
Cardin, Benjamin L. - (D - MD)
Carper, Thomas R. - (D - DE)
Casey, Robert P., Jr. - (D - PA)
Chambliss, Saxby - (R - GA)
Coats, Daniel - (R - IN)

Coburn, Tom - (R - OK)
Cochran, Thad - (R - MS)
Collins, Susan M. - (R - ME)
Coons, Christopher A. - (D - DE)
Corker, Bob - (R - TN)
Cornyn, John - (R - TX)
Crapo, Mike - (R - ID)
Cruz, Ted - (R - TX)
Donnelly, Joe - (D - IN)
Durbin, Richard J. - (D - IL)
Enzi, Michael B. - (R - WY)
Feinstein, Dianne - (D - CA)
Fischer, Deb - (R - NE)
Flake, Jeff - (R - AZ)
Franken, Al - (D - MN)
Gillibrand, Kirsten E. - (D - NY)
Gillibrand, Kirsten E. - (D - NY)
Graham, Lindsey - (R - SC)
Grassley, Chuck - (R - IA)
Hagan, Kay R. - (D - NC)
Harkin, Tom - (D - IA)
Hatch, Orrin G. - (R - UT)
Heinrich, Martin - (D - NM)
Heitkamp, Heidi - (D - ND)
Heller, Dean - (R - NV)
Hirono, Mazie K. - (D - HI)
Hoeven, John - (R - ND)
Inhofe, James M. - (R - OK)
Isakson, Johnny - (R - GA)
Johanns, Mike - (R - NE)
Johnson, Ron - (R - WI)
Johnson, Tim - (D - SD)
Kaine, Tim - (D - VA)
King, Angus S., Jr. - (I - ME)
Kirk, Mark - (R - IL)
Klobuchar, Amy - (D - MN)
Landrieu, Mary L. - (D - LA)
Leahy, Patrick J. - (D - VT)
Lee, Mike - (R - UT)
Levin, Carl - (D - MI)
Manchin, Joe, III - (D - WV)
Markey, Edward J. - (D - MA)
McCain, John - (R - AZ)
McCaskill, Claire - (D - MO)
McConnell, Mitch - (R - KY)
Menendez, Robert - (D - NJ)

4

Merkley, Jeff - (D - OR)
Mikulski, Barbara A. - (D - MD)
Moran, Jerry - (R - KS)
Murkowski, Lisa - (R - AK)
Murphy, Christopher - (D - CT)
Murray, Patty - (D - WA)
Nelson, Bill - (D - FL)
Paul, Rand - (R - KY)
Portman, Rob - (R - OH)
Pryor, Mark L. - (D - AR)
Reed, Jack - (D - RI)
Reid, Harry - (D - NV)
Risch, James E. - (R - ID)
Roberts, Pat - (R - KS)
Rockefeller, John D., IV - (D - WV)
Rubio, Marco - (R - FL)
Sanders, Bernard - (I - VT)
Schatz, Brian - (D - HI)
Schumer, Charles E. - (D - NY)
Scott, Tim - (R - SC)
Sessions, Jeff - (R - AL)
Shaheen, Jeanne - (D - NH)
Shelby, Richard C. - (R - AL)
Stabenow, Debbie - (D - MI)
Tester, Jon - (D - MT)
Thune, John - (R - SD)
Toomey, Patrick J. - (R - PA)
Udall, Mark - (D - CO)
Udall, Tom - (D - NM)
Vitter, David - (R - LA)
Walsh, John E. - (D - MT)
Warner, Mark R. - (D - VA)
Warren, Elizabeth - (D - MA)
Whitehouse, Sheldon - (D - RI)
Wicker, Roger F. - (R - MS)
Wyden, Ron - (D - OR)

## 112th Congress

Richard Shelby (R)
Jeff Sessions (R)
Lisa Murkowski (R)
Mark Begich (D)
John McCain (R)
Jon Kyl (R)
Mark Pryor (D)
John Boozman (R)
Dianne Feinstein (D)
Barbara Boxer (D)
Mark Udall (D)
Michael Bennet (D)
Joe Lieberman (I)
Richard Blumenthal (D)
Tom Carper (D)
Chris Coons (D)
Bill Nelson (D)
Marco Rubio (R)
Saxby Chambliss (R)
Johnny Isakson (R)
Daniel Inouye (D)
Brian Schatz (D)
Daniel Akaka (D)
Mike Crapo (R)
Jim Risch (R)
Dick Durbin (D)
Mark Kirk (R)
Richard Lugar (R)
Dan Coats (R)
Chuck Grassley (R)
Tom Harkin (D)
Pat Roberts (R)
Jerry Moran (R)
Kentucky[edit]
Mitch McConnell (R)
Rand Paul (R)
Mary Landrieu (D)
David Vitter (R)
Olympia Snowe (R)
Susan Collins (R)
Barbara Mikulski (D)
Ben Cardin (D)
John Kerry (D)

Scott Brown (R)
Carl Levin (D)
Debbie Stabenow (D)
Amy Klobuchar (D)
Al Franken (D)
Mississippi[edit]
Thad Cochran (R)
Roger Wicker (R)
Claire McCaskill (D)
Roy Blunt (R)
Max Baucus (D)
Jon Tester (D)
Ben Nelson (D)
Mike Johanns (R)
Harry Reid (D)
John Ensign (R), until May 3, 2011
Dean Heller (R), from May 9, 2011
Jeanne Shaheen (D)
Kelly Ayotte (R)
Frank Lautenberg (D)
Bob Menendez (D)
Jeff Bingaman (D)
Tom Udall (D)
Charles Schumer (D)
Kirsten Gillibrand (D)
Richard Burr (R)
Kay Hagan (D)
Kent Conrad (D)
John Hoeven (R)
Sherrod Brown (D)
Rob Portman (R)
Jim Inhofe (R)
Tom Coburn (R)
Ron Wyden (D)
Jeff Merkley (D)
Bob Casey, Jr. (D)
Pat Toomey (R)
Jack Reed (D)
Sheldon Whitehouse (D)
Lindsey Graham (R)
Jim DeMint (R), until January 1, 2013
Tim Scott (R), from January 2, 2013
Tim Johnson (D)
John Thune (R)
Lamar Alexander (R)
Bob Corker (R)

Kay Bailey Hutchison (R)
John Cornyn (R)
Orrin Hatch (R)
Mike Lee (R)
Patrick Leahy (D)
Bernie Sanders (I)
Jim Webb (D)
Mark Warner (D)
Patty Murray (D)
Maria Cantwell (D)
Jay Rockefeller (D)
Joe Manchin (D)
Herb Kohl (D)
Ron Johnson (R)
Mike Enzi (R)
John Barrasso (R)

**111th Congress**

Richard Shelby (R)
Jeff Sessions (R)
Lisa Murkowski (R)
Mark Begich (D)
John McCain (R)
Jon Kyl (R)
Blanche Lincoln (D)
Mark Pryor (D)
Dianne Feinstein (D)
Barbara Boxer (D)
Ken Salazar (D)
Michael Bennet (D)
Mark Udall (D)
Christopher Dodd (D)
Joe Lieberman (ID)
Joe Biden (D)
Ted Kaufman (D)
Chris Coons (D)
Tom Carper (D)
Bill Nelson (D)
Mel Martinez (R)
George LeMieux (R)
Saxby Chambliss (R)
Johnny Isakson (R)
Daniel Inouye (D)
Daniel Akaka (D)

Mike Crapo (R)
Jim Risch (R)
Richard Durbin (D)
Roland Burris (D)
Mark Kirk (R)
Richard Lugar (R)
Evan Bayh (D)
Chuck Grassley (R)
Tom Harkin (D)
Sam Brownback (R)
Pat Roberts (R)
Mitch McConnell (R)
Jim Bunning (R)
Mary Landrieu (D)
David Vitter (R)
Olympia Snowe (R)
Susan Collins (R)
Barbara Mikulski (D)
Ben Cardin (D)
Edward M. Kennedy (D)
Paul G. Kirk (D)
Scott Brown (R)
John Kerry (D)
Carl Levin (D)
Debbie Stabenow (D)
Amy Klobuchar (D)
Al Franken (D)
Thad Cochran (R)
Roger Wicker (R)
Kit Bond (R)
Claire McCaskill (D)
Max Baucus (D)
Jon Tester (D)
Ben Nelson (D)
Mike Johanns (R)
Harry Reid (D)
John Ensign (R)
Judd Gregg (R)
Jeanne Shaheen (D)
Frank Lautenberg (D)
Bob Menendez (D)
Jeff Bingaman (D)
Tom Udall (D)
Chuck Schumer (D)
Hillary Rodham Clinton (D)
Kirsten Gillibrand (D)

9

Richard Burr (R)
Kay Hagan (D)
Kent Conrad (D)
Byron Dorgan (D)
George Voinovich (R)
Sherrod Brown (D)
Jim Inhofe (R)
Tom Coburn (R)
Ron Wyden (D)
Jeff Merkley (D)
Arlen Specter (R)
Bob Casey (D)
Jack Reed (D)
Sheldon Whitehouse (D)
Lindsey Graham (R)
Jim DeMint (R)
Tim Johnson (D)
John Thune (R)
Lamar Alexander (R)
Bob Corker (R)
Kay Bailey Hutchison (R)
John Cornyn (R)
Orrin Hatch (R)
Bob Bennett (R)
Patrick Leahy (D)
Bernie Sanders (I)
Jim Webb (D)
Mark Warner (D)
Patty Murray (D)
Maria Cantwell (D)
Robert Byrd (D)
Carte Goodwin (D)
Joe Manchin (D)
Jay Rockefeller (D)
Herb Kohl (D)
Russ Feingold (D)
Michael Enzi (R)
John Barrasso (R)

## 110th Congress

Abercrombie, Neil (D, Hawaii District 1 )
Ackerman, Gary (D, New York District 5 )
Aderholt, Robert B (R, Alabama District 4 )
Akaka, Daniel K (D, Hawaii Senate)
Akin, Todd (R, Missouri District 2 )
Alexander, Lamar (R, Tennessee Senate)
Alexander, Rodney (R, Louisiana District 5 )
Allard, Wayne (R, Colorado Senate)
Allen, Tom H (D, Maine District 1 )
Altmire, Jason (D, Pennsylvania District 4 )
Andrews, Robert E (D, New Jersey District 1 )
Arcuri, Mike (D, New York District 24 )
Baca, Joe (D, California District 43 )
Bachmann, Michele (R, Minnesota District 6 )
Bachus, Spencer (R, Alabama District 6 )
Baird, Brian (D, Washington District 3 )
Baldwin, Tammy (D, Wisconsin District 2 )
Barrasso, John A (R, Wyoming Senate)
Barrett, Gresham (R, South Carolina District 3 )
Barrow, John (D, Georgia District 12 )
Bartlett, Roscoe G (R, Maryland District 6 )
Barton, Joe (R, Texas District 6 )
Baucus, Max (D, Montana Senate)
Bayh, Evan (D, Indiana Senate)
Bean, Melissa (D, Illinois District 8 )
Becerra, Xavier (D, California District 31 )
Bennett, Robert F (R, Utah Senate)
Berkley, Shelley (D, Nevada District 1 )
Berman, Howard L (D, California District 28 )
Berry, Marion (D, Arkansas District 1 )
Biden, Joseph R Jr (D, Delaware Senate)
Biggert, Judy (R, Illinois District 13 )
Bilbray, Brian P (R, California District 50 )
Bilirakis, Gus (R, Florida District 9 )
Bingaman, Jeff (D, New Mexico Senate)
Bishop, Rob (R, Utah District 1 )
Bishop, Sanford (D, Georgia District 2 )
Bishop, Timothy H (D, New York District 1 )
Blackburn, Marsha (R, Tennessee District 7 )
Blumenauer, Earl (D, Oregon District 3 )
Blunt, Roy (R, Missouri District 7 )
Boehner, John (R, Ohio District 8 )
Bond, Christopher "Kit" (R, Missouri Senate)

Bonner, Jo (R, Alabama District 1 )
Bono Mack, Mary (R, California District 45 )
Boozman, John (R, Arkansas District 3 )
Bordallo, Madeleine Z (D, Guam At Large)
Boren, Dan (D, Oklahoma District 2 )
Boswell, Leonard (D, Iowa District 3 )
Boucher, Rick (D, Virginia District 9 )
Boustany, Charles W Jr (R, Louisiana District 7 )
Boxer, Barbara (D, California Senate)
Boyd, Allen (D, Florida District 2 )
Boyda, Nancy E (D, Kansas District 2 )
Brady, Kevin (R, Texas District 8 )
Brady, Robert A (D, Pennsylvania District 1 )
Braley, Bruce (D, Iowa District 1 )
Broun, Paul (R, Georgia District 10 )
Brown, Corrine (D, Florida District 3 )
Brown, Henry (R, South Carolina District 1 )
Brown, Sherrod (D, Ohio Senate)
Brown-Waite, Ginny (R, Florida District 5 )
Brownback, Sam (R, Kansas Senate)
Buchanan, Vernon (R, Florida District 13 )
Bunning, Jim (R, Kentucky Senate)
Burgess, Michael (R, Texas District 26 )
Burr, Richard (R, North Carolina Senate)
Burton, Dan (R, Indiana District 5 )
Butterfield, G K (D, North Carolina District 1 )
Buyer, Steve (R, Indiana District 4 )
Byrd, Robert C (D, West Virginia Senate)
Calvert, Ken (R, California District 44 )
Camp, Dave (R, Michigan District 4 )
Campbell, John (R, California District 48 )
Cannon, Chris (R, Utah District 3 )
Cantor, Eric (R, Virginia District 7 )
Cantwell, Maria (D, Washington Senate)
Capito, Shelley Moore (R, West Virginia District 2 )
Capps, Lois (D, California District 23 )
Capuano, Michael E (D, Massachusetts District 8 )
Cardin, Ben (D, Maryland Senate)
Cardoza, Dennis (D, California District 18 )
Carnahan, Russ (D, Missouri District 3 )
Carney, Chris (D, Pennsylvania District 10 )
Carper, Tom (D, Delaware Senate)
Carson, Andre (D, Indiana District 7 )
Carter, John (R, Texas District 31 )
Casey, Bob (D, Pennsylvania Senate)
Castle, Michael N (R, Delaware District 1 )

Castor, Kathy (D, Florida District 11 )
Cazayoux, Don (D, Louisiana District 6 )
Chabot, Steve (R, Ohio District 1 )
Chambliss, Saxby (R, Georgia Senate)
Chandler, Ben (D, Kentucky District 6 )
Childers, Travis (D, Mississippi District 1 )
Christian-Christensen, Donna (D, Virgin Islands At Large)
Clarke, Yvette D (D, New York District 11 )
Clay, William L Jr (D, Missouri District 1 )
Cleaver, Emanuel (D, Missouri District 5 )
Clinton, Hillary (D, New York Senate)
Clyburn, James E (D, South Carolina District 6 )
Coble, Howard (R, North Carolina District 6 )
Coburn, Tom (R, Oklahoma Senate)
Cochran, Thad (R, Mississippi Senate)
Cohen, Steve (D, Tennessee District 9 )
Cole, Tom (R, Oklahoma District 4 )
Coleman, Norm (R, Minnesota Senate)
Collins, Susan M (R, Maine Senate)
Conaway, Mike (R, Texas District 11 )
Conrad, Kent (D, North Dakota Senate)
Conyers, John Jr (D, Michigan District 14 )
Cooper, Jim (D, Tennessee District 5 )
Corker, Bob (R, Tennessee Senate)
Cornyn, John (R, Texas Senate)
Costa, Jim (D, California District 20 )
Costello, Jerry F (D, Illinois District 12 )
Courtney, Joe (D, Connecticut District 2 )
Craig, Larry (R, Idaho Senate)
Cramer, Bud (D, Alabama District 5 )
Crapo, Mike (R, Idaho Senate)
Crenshaw, Ander (R, Florida District 4 )
Crowley, Joseph (D, New York District 7 )
Cubin, Barbara (R, Wyoming District 1 )
Cuellar, Henry (D, Texas District 28 )
Culberson, John (R, Texas District 7 )
Cummings, Elijah E (D, Maryland District 7 )
Davis, Artur (D, Alabama District 7 )
Davis, Danny K (D, Illinois District 7 )
Davis, David (R, Tennessee District 1 )
Davis, Geoff (R, Kentucky District 4 )
Davis, Lincoln (D, Tennessee District 4 )
Davis, Susan A (D, California District 53 )
Davis, Tom (R, Virginia District 11 )
Deal, Nathan (R, Georgia District 9 )
DeFazio, Peter (D, Oregon District 4 )

DeGette, Diana (D, Colorado District 1 )
Delahunt, Bill (D, Massachusetts District 10 )
DeLauro, Rosa L (D, Connecticut District 3 )
DeMint, Jim (R, South Carolina Senate)
Dent, Charlie (R, Pennsylvania District 15 )
Diaz-Balart, Lincoln (R, Florida District 21 )
Diaz-Balart, Mario (R, Florida District 25 )
Dicks, Norm (D, Washington District 6 )
Dingell, John D (D, Michigan District 15 )
Dodd, Chris (D, Connecticut Senate)
Doggett, Lloyd (D, Texas District 25 )
Dole, Elizabeth (R, North Carolina Senate)
Domenici, Pete V (R, New Mexico Senate)
Donnelly, Joe (D, Indiana District 2 )
Doolittle, John T (R, California District 4 )
Dorgan, Byron L (D, North Dakota Senate)
Doyle, Mike (D, Pennsylvania District 14 )
Drake, Thelma (R, Virginia District 2 )
Dreier, David (R, California District 26 )
Duncan, John J Jr (R, Tennessee District 2 )
Durbin, Dick (D, Illinois Senate)
Edwards, Chet (D, Texas District 17 )
Edwards, Donna (D, Maryland District 4 )
Ehlers, Vernon J (R, Michigan District 3 )
Ellison, Keith (D, Minnesota District 5 )
Ellsworth, Brad (D, Indiana District 8 )
Emerson, Jo Ann (R, Missouri District 8 )
Engel, Eliot L (D, New York District 17 )
English, Phil (R, Pennsylvania District 3 )
Ensign, John (R, Nevada Senate)
Enzi, Mike (R, Wyoming Senate)
Eshoo, Anna (D, California District 14 )
Etheridge, Bob (D, North Carolina District 2 )
Everett, Terry (R, Alabama District 2 )
Faleomavaega, Eni F H (D, American Samoa At Large)
Fallin, Mary (R, Oklahoma District 5 )
Farr, Sam (D, California District 17 )
Fattah, Chaka (D, Pennsylvania District 2 )
Feeney, Tom (R, Florida District 24 )
Feingold, Russ (D, Wisconsin Senate)
Feinstein, Dianne (D, California Senate)
Ferguson, Mike (R, New Jersey District 7 )
Filner, Bob (D, California District 51 )
Flake, Jeff (R, Arizona District 6 )
Forbes, Randy (R, Virginia District 4 )
Fortenberry, Jeff (R, Nebraska District 1 )

Fossella, Vito (R, New York District 13 )
Foster, Bill (D, Illinois District 14 )
Foxx, Virginia (R, North Carolina District 5 )
Frank, Barney (D, Massachusetts District 4 )
Franks, Trent (R, Arizona District 2 )
Frelinghuysen, Rodney (R, New Jersey District 11 )
Gallegly, Elton (R, California District 24 )
Garrett, Scott (R, New Jersey District 5 )
Gerlach, Jim (R, Pennsylvania District 6 )
Giffords, Gabrielle (D, Arizona District 8 )
Gilchrest, Wayne T (R, Maryland District 1 )
Gillibrand, Kirsten (D, New York District 20 )
Gingrey, Phil (R, Georgia District 11 )
Gohmert, Louis B Jr (R, Texas District 1 )
Gonzalez, Charlie A (D, Texas District 20 )
Goode, Virgil (R, Virginia District 5 )
Goodlatte, Bob (R, Virginia District 6 )
Gordon, Bart (D, Tennessee District 6 )
Graham, Lindsey (R, South Carolina Senate)
Granger, Kay (R, Texas District 12 )
Grassley, Chuck (R, Iowa Senate)
Graves, Sam (R, Missouri District 6 )
Green, Al (D, Texas District 9 )
Green, Gene (D, Texas District 29 )
Gregg, Judd (R, New Hampshire Senate)
Grijalva, Raul M (D, Arizona District 7 )
Gutierrez, Luis V (D, Illinois District 4 )
Hagel, Chuck (R, Nebraska Senate)
Hall, John (D, New York District 19 )
Hall, Ralph (R, Texas District 4 )
Hare, Phil (D, Illinois District 17 )
Harkin, Tom (D, Iowa Senate)
Harman, Jane (D, California District 36 )
Hastings, Alcee L (D, Florida District 23 )
Hastings, Doc (R, Washington District 4 )
Hatch, Orrin G (R, Utah Senate)
Hayes, Robin (R, North Carolina District 8 )
Heller, Dean (R, Nevada District 2 )
Hensarling, Jeb (R, Texas District 5 )
Herger, Wally (R, California District 2 )
Herseth Sandlin, Stephanie (D, South Dakota District 1 )
Higgins, Brian M (D, New York District 27 )
Hill, Baron (D, Indiana District 9 )
Hinchey, Maurice (D, New York District 22 )
Hinojosa, Ruben (D, Texas District 15 )
Hirono, Mazie K (D, Hawaii District 2 )

Hobson, Dave (R, Ohio District 7 )
Hodes, Paul W (D, New Hampshire District 2 )
Hoekstra, Peter (R, Michigan District 2 )
Holden, Tim (D, Pennsylvania District 17 )
Holt, Rush (D, New Jersey District 12 )
Honda, Mike (D, California District 15 )
Hooley, Darlene (D, Oregon District 5 )
Hoyer, Steny H (D, Maryland District 5 )
Hulshof, Kenny (R, Missouri District 9 )
Hunter, Duncan (R, California District 52 )
Hutchison, Kay Bailey (R, Texas Senate)
Inglis, Bob (R, South Carolina District 4 )
Inhofe, James M (R, Oklahoma Senate)
Inouye, Daniel K (D, Hawaii Senate)
Inslee, Jay R (D, Washington District 1 )
Isakson, Johnny (R, Georgia Senate)
Israel, Steve (D, New York District 2 )
Issa, Darrell (R, California District 49 )
Jackson Lee, Sheila (D, Texas District 18 )
Jackson, Jesse Jr (D, Illinois District 2 )
Jefferson, William J (D, Louisiana District 2 )
Johnson, Eddie Bernice (D, Texas District 30 )
Johnson, Hank (D, Georgia District 4 )
Johnson, Sam (R, Texas District 3 )
Johnson, Tim (D, South Dakota Senate)
Johnson, Timothy (R, Illinois District 15 )
Jones, Walter B Jr (R, North Carolina District 3 )
Jordan, Jim (R, Ohio District 4 )
Kagen, Steve (D, Wisconsin District 8 )
Kanjorski, Paul E (D, Pennsylvania District 11 )
Kaptur, Marcy (D, Ohio District 9 )
Keller, Ric (R, Florida District 8 )
Kennedy, Edward M (D, Massachusetts Senate)
Kennedy, Patrick J (D, Rhode Island District 1 )
Kerry, John (D, Massachusetts Senate)
Kildee, Dale E (D, Michigan District 5 )
Kilpatrick, Carolyn Cheeks (D, Michigan District 13 )
Kind, Ron (D, Wisconsin District 3 )
King, Pete (R, New York District 3 )
King, Steven A (R, Iowa District 5 )
Kingston, Jack (R, Georgia District 1 )
Kirk, Mark (R, Illinois District 10 )
Klein, Ron (D, Florida District 22 )
Kline, John (R, Minnesota District 2 )
Klobuchar, Amy (D, Minnesota Senate)
Knollenberg, Joe (R, Michigan District 9 )

Kohl, Herb (D, Wisconsin Senate)
Kucinich, Dennis (D, Ohio District 10 )
Kuhl, John R Jr (R, New York District 29 )
Kyl, Jon (R, Arizona Senate)
LaHood, Ray (R, Illinois District 18 )
Lamborn, Douglas L (R, Colorado District 5 )
Lampson, Nick (D, Texas District 22 )
Landrieu, Mary L (D, Louisiana Senate)
Langevin, Jim (D, Rhode Island District 2 )
Larsen, Rick (D, Washington District 2 )
Larson, John B (D, Connecticut District 1 )
Latham, Tom (R, Iowa District 4 )
LaTourette, Steve (R, Ohio District 14 )
Latta, Robert E (R, Ohio District 5 )
Lautenberg, Frank (D, New Jersey Senate)
Leahy, Patrick (D, Vermont Senate)
Lee, Barbara (D, California District 9 )
Levin, Carl (D, Michigan Senate)
Levin, Sander (D, Michigan District 12 )
Lewis, Jerry (R, California District 41 )
Lewis, John (D, Georgia District 5 )
Lewis, Ron (R, Kentucky District 2 )
Lieberman, Joe (I, Connecticut Senate)
Lincoln, Blanche (D, Arkansas Senate)
Linder, John (R, Georgia District 7 )
Lipinski, Daniel (D, Illinois District 3 )
LoBiondo, Frank A (R, New Jersey District 2 )
Loebsack, David (D, Iowa District 2 )
Lofgren, Zoe (D, California District 16 )
Lowey, Nita M (D, New York District 18 )
Lucas, Frank D (R, Oklahoma District 3 )
Lugar, Richard G (R, Indiana Senate)
Lungren, Dan (R, California District 3 )
Lynch, Stephen F (D, Massachusetts District 9 )
Mack, Connie (R, Florida District 14 )
Mahoney, Tim (D, Florida District 16 )
Maloney, Carolyn B (D, New York District 14 )
Manzullo, Don (R, Illinois District 16 )
Marchant, Kenny (R, Texas District 24 )
Markey, Ed (D, Massachusetts District 7 )
Marshall, Jim (D, Georgia District 8 )
Martinez, Mel (R, Florida Senate)
Matheson, Jim (D, Utah District 2 )
Matsui, Doris O (D, California District 5 )
McCain, John (R, Arizona Senate)
McCarthy, Carolyn (D, New York District 4 )

McCarthy, Kevin (R, California District 22 )
McCaskill, Claire (D, Missouri Senate)
McCaul, Michael (R, Texas District 10 )
McCollum, Betty (D, Minnesota District 4 )
McConnell, Mitch (R, Kentucky Senate)
McCotter, Thaddeus G (R, Michigan District 11 )
McCrery, Jim (R, Louisiana District 4 )
McDermott, Jim (D, Washington District 7 )
McGovern, James P (D, Massachusetts District 3 )
McHenry, Patrick (R, North Carolina District 10 )
McHugh, John M (R, New York District 23 )
McIntyre, Mike (D, North Carolina District 7 )
McKeon, Buck (R, California District 25 )
McMorris Rodgers, Cathy (R, Washington District 5 )
McNerney, Jerry (D, California District 11 )
McNulty, Michael R (D, New York District 21 )
Meek, Kendrick B (D, Florida District 17 )
Meeks, Gregory W (D, New York District 6 )
Melancon, Charles (D, Louisiana District 3 )
Menendez, Robert (D, New Jersey Senate)
Mica, John L (R, Florida District 7 )
Michaud, Mike (D, Maine District 2 )
Mikulski, Barbara A (D, Maryland Senate)
Miller, Brad (D, North Carolina District 13 )
Miller, Candice S (R, Michigan District 10 )
Miller, Gary (R, California District 42 )
Miller, George (D, California District 7 )
Miller, Jeff (R, Florida District 1 )
Mitchell, Harry (D, Arizona District 5 )
Mollohan, Alan B (D, West Virginia District 1 )
Moore, Dennis (D, Kansas District 3 )
Moore, Gwen (D, Wisconsin District 4 )
Moran, Jerry (R, Kansas District 1 )
Moran, Jim (D, Virginia District 8 )
Murkowski, Lisa (R, Alaska Senate)
Murphy, Christopher S (D, Connecticut District 5 )
Murphy, Patrick J (D, Pennsylvania District 8 )
Murphy, Tim (R, Pennsylvania District 18 )
Murray, Patty (D, Washington Senate)
Murtha, John P (D, Pennsylvania District 12 )
Musgrave, Marilyn (R, Colorado District 4 )
Myrick, Sue (R, North Carolina District 9 )
Nadler, Jerrold (D, New York District 8 )
Napolitano, Grace (D, California District 38 )
Neal, Richard E (D, Massachusetts District 2 )
Nelson, Ben (D, Nebraska Senate)

Nelson, Bill (D, Florida Senate)
Neugebauer, Randy (R, Texas District 19 )
Norton, Eleanor Holmes (D, District of Columbia At Large)
Nunes, Devin (R, California District 21 )
Obama, Barack (D, Illinois Senate)
Oberstar, James L (D, Minnesota District 8 )
Obey, David R (D, Wisconsin District 7 )
Olver, John W (D, Massachusetts District 1 )
Ortiz, Solomon P (D, Texas District 27 )
Pallone, Frank Jr (D, New Jersey District 6 )
Pascrell, Bill Jr (D, New Jersey District 8 )
Pastor, Ed (D, Arizona District 4 )
Paul, Ron (R, Texas District 14 )
Payne, Donald M (D, New Jersey District 10 )
Pearce, Steve (R, New Mexico District 2 )
Pelosi, Nancy (D, California District 8 )
Pence, Mike (R, Indiana District 6 )
Perlmutter, Edwin G (D, Colorado District 7 )
Peterson, Collin (D, Minnesota District 7 )
Peterson, John E (R, Pennsylvania District 5 )
Petri, Tom (R, Wisconsin District 6 )
Pickering, Charles (Chip) Jr (R, Mississippi District 3 )
Pitts, Joe (R, Pennsylvania District 16 )
Platts, Todd (R, Pennsylvania District 19 )
Poe, Ted (R, Texas District 2 )
Pomeroy, Earl (D, North Dakota District 1 )
Porter, Jon (R, Nevada District 3 )
Price, David (D, North Carolina District 4 )
Price, Tom (R, Georgia District 6 )
Pryce, Deborah (R, Ohio District 15 )
Pryor, Mark (D, Arkansas Senate)
Putnam, Adam H (R, Florida District 12 )
Radanovich, George (R, California District 19 )
Rahall, Nick (D, West Virginia District 3 )
Ramstad, Jim (R, Minnesota District 3 )
Rangel, Charles B (D, New York District 15 )
Reed, Jack (D, Rhode Island Senate)
Regula, Ralph (R, Ohio District 16 )
Rehberg, Denny (R, Montana District 1 )
Reichert, Dave (R, Washington District 8 )
Reid, Harry (D, Nevada Senate)
Renzi, Rick (R, Arizona District 1 )
Reyes, Silvestre (D, Texas District 16 )
Reynolds, Tom (R, New York District 26 )
Richardson, Laura (D, California District 37 )
Roberts, Pat (R, Kansas Senate)

Rockefeller, Jay (D, West Virginia Senate)
Rodriguez, Ciro D (D, Texas District 23 )
Rogers, Hal (R, Kentucky District 5 )
Rogers, Mike (R, Michigan District 8 )
Rogers, Mike D (R, Alabama District 3 )
Rohrabacher, Dana (R, California District 46 )
Ros-Lehtinen, Ileana (R, Florida District 18 )
Roskam, Peter (R, Illinois District 6 )
Ross, Mike (D, Arkansas District 4 )
Rothman, Steven R (D, New Jersey District 9 )
Roybal-Allard, Lucille (D, California District 34 )
Royce, Ed (R, California District 40 )
Ruppersberger, Dutch (D, Maryland District 2 )
Rush, Bobby L (D, Illinois District 1 )
Ryan, Paul (R, Wisconsin District 1 )
Ryan, Tim (D, Ohio District 17 )
Salazar, John (D, Colorado District 3 )
Salazar, Ken (D, Colorado Senate)
Sali, Bill (R, Idaho District 1 )
Sanchez, Linda (D, California District 39 )
Sanchez, Loretta (D, California District 47 )
Sanders, Bernie (I, Vermont Senate)
Sarbanes, John (D, Maryland District 3 )
Saxton, Jim (R, New Jersey District 3 )
Scalise, Steve (R, Louisiana District 1 )
Schakowsky, Jan (D, Illinois District 9 )
Schiff, Adam (D, California District 29 )
Schmidt, Jean (R, Ohio District 2 )
Schultz, Debbie Wasserman (D, Florida District 20 )
Schumer, Charles E (D, New York Senate)
Schwartz, Allyson (D, Pennsylvania District 13 )
Scott, Bobby (D, Virginia District 3 )
Scott, David (D, Georgia District 13 )
Sensenbrenner, F James Jr (R, Wisconsin District 5 )
Serrano, Jose E (D, New York District 16 )
Sessions, Jeff (R, Alabama Senate)
Sessions, Pete (R, Texas District 32 )
Sestak, Joe (D, Pennsylvania District 7 )
Shadegg, John (R, Arizona District 3 )
Shays, Christopher (R, Connecticut District 4 )
Shea-Porter, Carol (D, New Hampshire District 1 )
Shelby, Richard C (R, Alabama Senate)
Sherman, Brad (D, California District 27 )
Shimkus, John M (R, Illinois District 19 )
Shuler, Heath (D, North Carolina District 11 )
Shuster, Bill (R, Pennsylvania District 9 )

Simpson, Mike (R, Idaho District 2 )
Sires, Albio (D, New Jersey District 13 )
Skelton, Ike (D, Missouri District 4 )
Slaughter, Louise M (D, New York District 28 )
Smith, Adam (D, Washington District 9 )
Smith, Adrian (R, Nebraska District 3 )
Smith, Chris (R, New Jersey District 4 )
Smith, Gordon H (R, Oregon Senate)
Smith, Lamar (R, Texas District 21 )
Snowe, Olympia (R, Maine Senate)
Snyder, Vic (D, Arkansas District 2 )
Solis, Hilda L (D, California District 32 )
Souder, Mark E (R, Indiana District 3 )
Space, Zack (D, Ohio District 18 )
Specter, Arlen (R, Pennsylvania Senate)
Speier, Jackie (D, California District 12 )
Spratt, John M Jr (D, South Carolina District 5 )
Stabenow, Debbie (D, Michigan Senate)
Stark, Pete (D, California District 13 )
Stearns, Cliff (R, Florida District 6 )
Stevens, Ted (R, Alaska Senate)
Stupak, Bart (D, Michigan District 1 )
Sullivan, John (R, Oklahoma District 1 )
Sununu, John E (R, New Hampshire Senate)
Sutton, Betty Sue (D, Ohio District 13 )
Tancredo, Tom (R, Colorado District 6 )
Tanner, John (D, Tennessee District 8 )
Tauscher, Ellen (D, California District 10 )
Taylor, Gene (D, Mississippi District 4 )
Terry, Lee (R, Nebraska District 2 )
Tester, Jon (D, Montana Senate)
Thompson, Bennie G (D, Mississippi District 2 )
Thompson, Mike (D, California District 1 )
Thornberry, Mac (R, Texas District 13 )
Thune, John (R, South Dakota Senate)
Tiahrt, Todd (R, Kansas District 4 )
Tiberi, Patrick J (R, Ohio District 12 )
Tierney, John F (D, Massachusetts District 6 )
Towns, Edolphus (D, New York District 10 )
Tsongas, Niki (D, Massachusetts District 5 )
Turner, Michael R (R, Ohio District 3 )
Udall, Mark (D, Colorado District 2 )
Udall, Tom (D, New Mexico District 3 )
Upton, Fred (R, Michigan District 6 )
Van Hollen, Chris (D, Maryland District 8 )
Velazquez, Nydia M (D, New York District 12 )

Visclosky, Pete (D, Indiana District 1 )
Vitter, David (R, Louisiana Senate)
Voinovich, George V (R, Ohio Senate)
Walberg, Tim (R, Michigan District 7 )
Walden, Greg (R, Oregon District 2 )
Walsh, James T (R, New York District 25 )
Walz, Timothy J (D, Minnesota District 1 )
Wamp, Zach (R, Tennessee District 3 )
Warner, John W (R, Virginia Senate)
Waters, Maxine (D, California District 35 )
Watson, Diane E (D, California District 33 )
Watt, Melvin L (D, North Carolina District 12 )
Waxman, Henry (D, California District 30 )
Webb, James (D, Virginia Senate)
Weiner, Anthony D (D, New York District 9 )
Welch, Peter (D, Vermont District 1 )
Weldon, Dave (R, Florida District 15 )
Weller, Jerry (R, Illinois District 11 )
Westmoreland, Lynn A (R, Georgia District 3 )
Wexler, Robert (D, Florida District 19 )
Whitehouse, Sheldon (D, Rhode Island Senate)
Whitfield, Ed (R, Kentucky District 1 )


Wicker, Roger (R, Mississippi Senate)
Wilson, Charlie (D, Ohio District 6 )
Wilson, Heather A (R, New Mexico District 1 )
Wilson, Joe (R, South Carolina District 2 )
Wittman, Rob (R, Virginia District 1 )
Wolf, Frank (R, Virginia District 10 )
Woolsey, Lynn (D, California District 6 )
Wu, David (D, Oregon District 1 )
Wyden, Ron (D, Oregon Senate)
Yarmuth, John A (D, Kentucky District 3 )
Young, C W Bill (R, Florida District 10 )
Young, Don (R, Alaska District 1 )

**109th Congress**

Richard Shelby (R)
Jeff Sessions (R)
Ted Stevens (R)
Lisa Murkowski (R)
John McCain (R)
Jon Kyl (R)
Blanche Lincoln (D)
Mark Pryor (D)
Dianne Feinstein (D)
Barbara Boxer (D)
Wayne Allard (R)
Ken Salazar (D)
Christopher Dodd (D)
Joseph Lieberman (D)
Joe Biden (D)
Tom Carper (D)
Bill Nelson (D)
Mel Martinez (R)
Saxby Chambliss (R)
Johnny Isakson (R)
Daniel Inouye (D)
Daniel Akaka (D)
Larry Craig (R)
Mike Crapo (R)
Richard Durbin (D)
Barack Obama (D)
Richard Lugar (R)
Evan Bayh (D)
Chuck Grassley (R)
Tom Harkin (D)
Sam Brownback (R)
Pat Roberts (R)
Mitch McConnell (R)
Jim Bunning (R)
Mary Landrieu (D)
David Vitter (R)
Olympia Snowe (R)
Susan Collins (R)
Paul Sarbanes (D)
Barbara Mikulski (D)
Ted Kennedy (D)
John Kerry (D)
Carl Levin (D)

Debbie Stabenow (D)
Mark Dayton (DFL)[8]
Norm Coleman (R)
Thad Cochran (R)
Trent Lott (R)
Kit Bond (R)
James Talent (R)
Max Baucus (D)
Conrad Burns (R)
Chuck Hagel (R)
Ben Nelson (D)
Harry Reid (D)
John Ensign (R)
Judd Gregg (R)
John E. Sununu (R)
Jon Corzine (D)
Bob Menendez (D)
Frank Lautenberg (D)
Pete Domenici (R)
Jeff Bingaman (D)
Charles Schumer (D)
Hillary Clinton (D)
Elizabeth Dole (R)
Richard Burr (R)
Kent Conrad (D)
Byron Dorgan (D)
Mike DeWine (R)
George Voinovich (R)
Oklahoma[edit]
James Inhofe (R)
Tom Coburn (R)
Ron Wyden (D)
Gordon Smith (R)
Arlen Specter (R)
Rick Santorum (R)
Jack Reed (D)
Lincoln Chafee (R)
Lindsey Graham (R)
Jim DeMint (R)
Tim Johnson (D)
John Thune (R)
Bill Frist (R)
Lamar Alexander (R)
Kay Bailey Hutchison (R)
John Cornyn (R)
Orrin Hatch (R)

Robert Bennett (R)
Patrick Leahy (D)
James Jeffords (I)
John Warner (R)
George Allen (R)
Patty Murray (D)
Maria Cantwell (D)
Robert Byrd (D)
Jay Rockefeller (D)
Herb Kohl (D)
Russ Feingold (D)
Craig Thomas (R)
Michael Enzi (R)

## 108th Congress

Richard Shelby (R)
Jeff Sessions (R)
Ted Stevens (R)
Lisa Murkowski (R)
John McCain (R)
Jon Kyl (R)
Blanche Lincoln (D)
Mark Pryor (D)
Dianne Feinstein (D)
Barbara Boxer (D)
Ben Nighthorse Campbell (R)
Wayne Allard (R)
Christopher Dodd (D)
Joseph Lieberman (D)
Joe Biden (D)
Thomas Carper (D)
Bob Graham (D)
Bill Nelson (D)
Zell Miller (D)
Saxby Chambliss (R)
Daniel Inouye (D)
Daniel Akaka (D)
Larry Craig (R)
Mike Crapo (R)
Richard Durbin (D)
Peter Fitzgerald (R)
Richard Lugar (R)
Evan Bayh (D)
Chuck Grassley (R)

Tom Harkin (D)
Sam Brownback (R)
Pat Roberts (R)
Mitch McConnell (R)
Jim Bunning (R)
John Breaux (D)
Mary Landrieu (D)
Olympia Snowe (R)
Susan Collins (R)
Paul Sarbanes (D)
Barbara Mikulski (D)
Ted Kennedy (D)
John Kerry (D)
Carl Levin (D)
Debbie Stabenow (D)
Mark Dayton (DFL)[1]
Norm Coleman (R)
Thad Cochran (R)
Trent Lott (R)
Kit Bond (R)
James Talent (R)
Max Baucus (D)
1. Conrad Burns (R)
Chuck Hagel (R)
Ben Nelson (D)
Harry Reid (D)
John Ensign (R)
Judd Gregg (R)
John E. Sununu (R)
Jon Corzine (D)
Frank Lautenberg (D)
Pete Domenici (R)
Jeff Bingaman (D)
Charles Schumer (D)
Hillary Clinton (D)
John Edwards (D)
Elizabeth Dole (R)
Kent Conrad (D)
Byron Dorgan (D)
Mike DeWine (R)
George Voinovich (R)
Don Nickles (R)
James Inhofe (R)
Ron Wyden (D)
Gordon Smith (R)
Arlen Specter (R)

Rick Santorum (R)
Jack Reed (D)
Lincoln Chafee (R)
Ernest Hollings (D)
Lindsey Graham (R)
Tom Daschle (D)
Tim Johnson (D)
Bill Frist (R)
Lamar Alexander (R)
Kay Bailey Hutchison (R)
John Cornyn (R)
Orrin Hatch (R)
Robert Bennett (R)
Patrick Leahy (D)
James Jeffords (I)
John Warner (R)
George Allen (R)
Patty Murray (D)
Maria Cantwell (D)
Robert Byrd (D)
Jay Rockefeller (D)
Herb Kohl (D)
Russ Feingold (D)
Craig Thomas (R)
Michael Enzi (R)

## 107th Congress

Richard Shelby (R)
Jeff Sessions (R)
Ted Stevens (R)
Frank Murkowski (R), until December 2, 2002
Lisa Murkowski (R), from December 20, 2002
John McCain (R)
Jon Kyl (R)
Tim Hutchinson (R)
Blanche Lincoln (D)
Dianne Feinstein (D)
Barbara Boxer (D)
Ben Nighthorse Campbell (R)
Wayne Allard (R)
Christopher Dodd (D)
Joseph Lieberman (D)
Joe Biden (D)
Tom Carper (D)
Bob Graham (D)

Bill Nelson (D)
Max Cleland (D)
Zell Miller (D)
Daniel Inouye (D)
Daniel Akaka (D)
Larry Craig (R)
Mike Crapo (R)
Richard Durbin (D)
Peter Fitzgerald (R)
Richard Lugar (R)
Evan Bayh (D)
Chuck Grassley (R)
Tom Harkin (D)
Sam Brownback (R)
Pat Roberts (R)
Mitch McConnell (R)
Jim Bunning (R)
John Breaux (D)
Mary Landrieu (D)
Olympia Snowe (R)
Susan Collins (R)
Paul Sarbanes (D)
Barbara Mikulski (D)
Ted Kennedy (D)
John Kerry (D)
Carl Levin (D)
Debbie Stabenow (D)
Paul Wellstone (D), until October 25, 2002
Dean Barkley (I), from November 4, 2002
Mark Dayton (D)
Thad Cochran (R)
Trent Lott (R)
Kit Bond (R)
Jean Carnahan (D), until November 25, 2002
Jim Talent (R), from November 25, 2002
Max Baucus (D)
1. Conrad Burns (R)
Chuck Hagel (R)
Ben Nelson (D)
Harry Reid (D)
John Ensign (R)
Bob Smith (R)
Judd Gregg (R)
Robert Torricelli (D)
Jon Corzine (D)
Pete Domenici (R)

Jeff Bingaman (D)
Charles Schumer (D)
Hillary Clinton (D)
Jesse Helms (R)
John Edwards (D)
Kent Conrad (D)
Byron Dorgan (D)
Mike DeWine (R)
George Voinovich (R)
Don Nickles (R)
James Inhofe (R)
Ron Wyden (D)
Gordon Smith (R)
Arlen Specter (R)
Rick Santorum (R)
Jack Reed (D)
Lincoln Chafee (R)
Strom Thurmond (R)
Ernest Hollings (D)
Tom Daschle (D)
Tim Johnson (D)
Fred Thompson (R)
Bill Frist (R)
Phil Gramm (R), until November 30, 2002
John Cornyn (R), from December 2, 2002
Kay Bailey Hutchison (R)
Orrin Hatch (R)
Robert Bennett (R)
Patrick Leahy (D)
James Jeffords (R) until June 6, 2001, then (I)
John Warner (R)
George Allen (R)
Patty Murray (D)
Maria Cantwell (D)
Robert Byrd (D)
Jay Rockefeller (D)
Herb Kohl (D)
Russ Feingold (D)
Craig Thomas (R)
Michael Enzi (R)

## 106th Congress List

Richard Shelby (R)
Jeff Sessions (R)
Ted Stevens (R)

Frank H. Murkowski (R)
John McCain (R)
Jon Kyl (R)
Tim Hutchinson (R)
Blanche Lincoln (D)
Dianne Feinstein (D)
Barbara Boxer (D)
Ben Nighthorse Campbell (R)
Wayne Allard (R)
Christopher J. Dodd (D)
Joseph I. Lieberman (D)
William V. Roth, Jr. (R)
Joseph R. Biden, Jr. (D)
Bob Graham (D)
Connie Mack (R)
Paul Coverdell (R)
Zell Miller (D)
Max Cleland (D)
Daniel K. Inouye (D)
Daniel K. Akaka (D)
Larry Craig (R)
Mike Crapo (R)
Richard J. Durbin (D)
Peter G. Fitzgerald (R)
Dick Lugar (R)
Evan Bayh (D)
Chuck Grassley (R)
Tom Harkin (D)
Sam Brownback (R)
Pat Roberts (R)
Mitch McConnell (R)
Jim Bunning (R)
John B. Breaux (D)
Mary Landrieu (D)
Olympia Snowe (R)
Susan Collins (R)
Paul S. Sarbanes (D)
Barbara A. Mikulski (D)
Edward M. Kennedy (D)
John Kerry (D)
Carl Levin (D)
Spencer Abraham (R)
Paul Wellstone (D)
Rod Grams (R)
Thad Cochran (R)
Trent Lott (R)

Kit Bond (R)
John Ashcroft (R)
Max Baucus (D)
Conrad Burns (R)
J. Robert Kerrey (D)
Chuck Hagel (R)
Harry Reid (D)
Richard H. Bryan (D)
Bob Smith (R)
Judd Gregg (R)
Frank Lautenberg (D)
Robert G. Torricelli (D)
Pete V. Domenici (R)
Jeff Bingaman (D)
Daniel Patrick Moynihan (D)
Charles E. Schumer (D)
Jesse Helms (R)
John Edwards (D)
Kent Conrad (D)
Byron Dorgan (D)
Mike DeWine (R)
George Voinovich (R)
Don Nickles (R)
James Inhofe (R)
Ron Wyden (D)
Gordon Smith (R)
Arlen Specter (R)
Rick Santorum (R)
John Chafee (R)
Lincoln Chafee (R)
Jack Reed (D)
Strom Thurmond (R)
Ernest F. Hollings (D)
Thomas A. Daschle (D)
Tim Johnson (D)
Fred Thompson (R)
Bill Frist (R)
Phil Gramm (R)
Kay Bailey Hutchison (R)
Orrin G. Hatch (R)
Robert F. Bennett (R)
Patrick Leahy (D)
James Jeffords (R)
John W. Warner (R)
Charles S. Robb (D)
Slade Gorton (R)

Patty Murray (D)
Robert C. Byrd (D)
John D. Rockefeller IV (D)
Herb Kohl (D)
Russ Feingold (D)
Craig Thomas (R)
Michael B. Enzi (R)

**105th Congress List**

Richard Shelby (R)
Jeff Sessions (R)
Ted Stevens (R)
Frank Murkowski (R)
John McCain (R)
Jon Kyl (R)
Dale Bumpers (D)
Tim Hutchinson (R)
Dianne Feinstein (D)
Barbara Boxer (D)
Ben Nighthorse Campbell (R)
Wayne Allard (R)
Christopher Dodd (D)
Joe Lieberman (D)
William Roth (R)
Joe Biden (D)
Bob Graham (D)
Connie Mack (R)
Paul Coverdell (R)
Max Cleland (D)
Daniel Inouye (D)
Daniel Akaka (D)
Larry Craig (R)
Dirk Kempthorne (R)
Carol Moseley-Braun (D)
Richard Durbin (D)
Dick Lugar (R)
Dan Coats (R)
Chuck Grassley (R)
Tom Harkin (D)
Sam Brownback (R)
Pat Roberts (R)
Wendell H. Ford (D)
Mitch McConnell (R)
John Breaux (D)
Mary Landrieu (D)

Olympia Snowe (R)
Susan Collins (R)
Paul Sarbanes (D)
Barbara Mikulski (D)
Ted Kennedy (D)
John Kerry (D)
Carl Levin (D)
Spencer Abraham (R)
Paul Wellstone (D)
Rod Grams (R)
Thad Cochran (R)
Trent Lott (R)
Kit Bond (R)
John Ashcroft (R)
Max Baucus (D)
Conrad Burns (R)
Bob Kerrey (D)
Chuck Hagel (R)
Harry Reid (D)
Richard Bryan (D)
Bob Smith (R)
Judd Gregg (R)
Frank Lautenberg (D)
Robert Torricelli (D)
Pete Domenici (R)
Jeff Bingaman (D)
Daniel Patrick Moynihan (D)
Al D'Amato (R)
Jesse Helms (R)
Lauch Faircloth (R)
Kent Conrad (D)
Byron Dorgan (D)
John Glenn (D)
Mike DeWine (R)
Don Nickles (R)
James Inhofe (R)
Ron Wyden (D)
Gordon Smith (R)
Arlen Specter (R)
Rick Santorum (R)
John Chafee (R)
Jack Reed (D)
Strom Thurmond (R)
Ernest Hollings (D)
Tom Daschle (D)
Tim Johnson (D)

Fred Thompson (R)
Bill Frist (R)
Phil Gramm (R)
Kay Bailey Hutchison (R)
Orrin Hatch (R)
Robert F. Bennett (R)
Patrick Leahy (D)
James Jeffords (R)
John Warner (R)
Charles Robb (D)
Slade Gorton (R)
Patty Murray (D)
Robert Byrd (D)
John D. Rockefeller IV (D)
Herb Kohl (D)
Russ Feingold (D)
Craig Thomas (R)
Michael Enzi (R)

## 104th Congress List

Howell Heflin (D)
Richard Shelby (R)
Ted Stevens (R)
Frank H. Murkowski (R)
John McCain (R)
Jon Kyl (R)
Dale Bumpers (D)
David Pryor (D)
Dianne Feinstein (D)
Barbara Boxer (D)
Hank Brown (R)
Ben Nighthorse Campbell (D, then R)
Christopher J. Dodd (D)
Joseph I. Lieberman (D)
William V. Roth, Jr. (R)
Joseph R. Biden, Jr. (D)
Bob Graham (D)
Connie Mack (R)
Sam Nunn (D)
Paul Coverdell (R)
Daniel K. Inouye (D)
Daniel K. Akaka (D)
Larry Craig (R)
Dirk Kempthorne (R)
Paul Simon (D)

Carol Moseley-Braun (D)
Dick Lugar (R)
Dan Coats (R)
Chuck Grassley (R)
Tom Harkin (D)
Bob Dole (R)
Sheila Frahm (R)
Sam Brownback (R)
Nancy Landon Kassebaum (R)
Wendell H. Ford (D)
Mitch McConnell (R)
J. Bennett Johnston (D)
John B. Breaux (D)
William S. Cohen (R)
Olympia Snowe (R)
Paul S. Sarbanes (D)
Barbara A. Mikulski (D)
Edward M. Kennedy (D)
John Kerry (D)
Carl Levin (D)
Spencer Abraham (R)
Paul D. Wellstone (D)
Rod Grams (R)
Thad Cochran (R)
Trent Lott (R)
Kit Bond (R)
John Ashcroft (R)
Max Baucus (D)
Conrad Burns (R)
Jim Exon (D)
J. Robert Kerrey (D)
Harry Reid (D)
Richard H. Bryan (D)
Bob Smith (R)
Judd Gregg (R)
Bill Bradley (D)
Frank R. Lautenberg (D)
Pete Domenici (R)
Jeff Bingaman (D)
Daniel Patrick Moynihan (D)
Al D'Amato (R)
Jesse Helms (R)
Lauch Faircloth (R)
Kent Conrad (D)
Byron Dorgan (D)
John Glenn (D)

Mike DeWine (R)
Don Nickles (R)
James Inhofe (R)
Mark O. Hatfield (R)
Bob Packwood (R)
Ron Wyden (D)
Arlen Specter (R)
Rick Santorum (R)
Claiborne Pell (D)
John H. Chafee (R)
Strom Thurmond (R)
Ernest F. Hollings (D)
Larry Pressler (R)
Thomas A. Daschle (D)
Fred Thompson (R)
Bill Frist (R)
Phil Gramm (R)
Kay Bailey Hutchison (R)
Orrin G. Hatch (R)
Robert F. Bennett (R)
Patrick Leahy (D)
James Jeffords (R)
John W. Warner (R)
Charles S. Robb (D)
Slade Gorton (R)
Patty Murray (D)
Robert C. Byrd (D)
John D. Rockefeller IV (D)
Herb Kohl (D)
Russ Feingold (D)
Alan K. Simpson (R)
Craig Thomas (R)

## 103rd Congress List

Howell Heflin (D)
Richard Shelby (D, then R)
Ted Stevens (R)
Frank H. Murkowski (R)
Dennis DeConcini (D)
John McCain (R)
Dale Bumpers (D)
David Pryor (D)
Dianne Feinstein (D)
Barbara Boxer (D)
Hank Brown (R)

Ben Nighthorse Campbell (D)
Christopher J. Dodd (D)
Joseph I. Lieberman (D)
William V. Roth, Jr. (R)
Joseph R. Biden, Jr. (D)
Bob Graham (D)
Connie Mack (R)
Sam Nunn (D)
Paul Coverdell (R)
Daniel K. Inouye (D)
Daniel K. Akaka (D)
Larry Craig (R)
Dirk Kempthorne (R)
Paul Simon (D)
Carol Moseley-Braun (D)
Richard Lugar (R)
Dan Coats (R)
Chuck Grassley (R)
Tom Harkin (D)
Bob Dole (R)
Nancy Landon Kassebaum (R)
Wendell H. Ford (D)
Mitch McConnell (R)
J. Bennett Johnston (D)
John B. Breaux (D)
William S. Cohen (R)
George Mitchell (D)
Paul Sarbanes (D)
Barbara Mikulski (D)
Ted Kennedy (D)
John Kerry (D)
Donald W. Riegle, Jr. (D)
Carl Levin (D)
David Durenberger (R)
Paul Wellstone (DFL)
Thad Cochran (R)
Trent Lott (R)
John C. Danforth (R)
Kit Bond (R)
Max Baucus (D)
Conrad Burns (R)
Jim Exon (D)
J. Robert Kerrey (D)
Harry Reid (D)
Richard H. Bryan (D)
Bob Smith (R)

Judd Gregg (R)
Bill Bradley (D)
Frank R. Lautenberg (D)
Pete Domenici (R)
Jeff Bingaman (D)
Daniel Patrick Moynihan (D)
Al D'Amato (R)
Jesse Helms (R)
Lauch Faircloth (R)
Kent Conrad (D)
Byron Dorgan (D)
John Glenn (D)
Howard Metzenbaum (D)
David L. Boren (D)
James Inhofe (R)
Don Nickles (R)
Mark O. Hatfield (R)
Bob Packwood (R)
Arlen Specter (R)
Harris Wofford (D)
Claiborne Pell (D)
John H. Chafee (R)
Strom Thurmond (R)
Ernest F. Hollings (D)
Larry Pressler (R)
Thomas A. Daschle (D)
Jim Sasser (D)
Harlan Mathews (D)
Fred Thompson (R)
Lloyd Bentsen Jr. (D)
Bob Krueger (D)
Kay Bailey Hutchison (R)
Phil Gramm (R)
Orrin G. Hatch (R)
Robert Foster Bennett (R)
Patrick Leahy (D)
James Jeffords (R)
John W. Warner (R)
Charles S. Robb (D)
Slade Gorton (R)
Patty Murray (D)
Robert C. Byrd (D)
John D. Rockefeller IV (D)
Herb Kohl (D)
Russ Feingold (D)
Malcolm Wallop (R)

Alan K. Simpson (R)
**102nd Congress List**

Howell Heflin (D)
Richard Shelby (D)
Ted Stevens (R)
Frank H. Murkowski (R)
Dennis DeConcini (D)
John McCain (R)
Dale Bumpers (D)
David Pryor (D)
Alan Cranston (D)
Pete Wilson (R)
John F. Seymour (R)
Dianne Feinstein (D)
Tim Wirth (D)
Hank Brown (R)
Christopher Dodd (D)
Joe Lieberman (D)
William Roth (R)
Joe Biden (D)
Bob Graham (D)
Connie Mack (R)
Sam Nunn (D)
Wyche Fowler, Jr. (D)
Daniel K. Inouye (D)
Daniel K. Akaka (D)
Steve Symms (R)
Larry Craig (R)
Alan J. Dixon (D)
Paul Simon (D)
Richard Lugar (R)
Dan Coats (R)
Chuck Grassley (R)
Tom Harkin (D)
Bob Dole (R)
Nancy Landon Kassebaum (R)
Wendell H. Ford (D)
Mitch McConnell (R)
J. Bennett Johnston (D)
John B. Breaux (D)
William S. Cohen (R)
George J. Mitchell (D)
Paul S. Sarbanes (D)
Barbara A. Mikulski (D)
Edward M. Kennedy (D)

John Kerry (D)
Donald W. Riegle, Jr. (D)
Carl Levin (D)
David Durenberger (R)
Paul Wellstone (DFL)
Thad Cochran (R)
Trent Lott (R)
John C. Danforth (R)
Kit Bond (R)
Max Baucus (D)
Conrad Burns (R)
Jim Exon (D)
J. Robert Kerrey (D)
Harry Reid (D)
Richard H. Bryan (D)
Warren B. Rudman (R)
Bob Smith (R)
Bill Bradley (D)
Frank R. Lautenberg (D)
Pete Domenici (R)
Jeff Bingaman (D)
Daniel Patrick Moynihan (D)
Al D'Amato (R)
Jesse Helms (R)
Terry Sanford (D)
Quentin N. Burdick (D)
Jocelyn Burdick (D)
Kent Conrad (D)
Kent Conrad (D)
Byron Dorgan (D)
John Glenn (D)
Howard Metzenbaum (D)
David L. Boren (D)
Don Nickles (R)
Mark O. Hatfield (R)
Bob Packwood (R)
John Heinz (R)
Harris Wofford (D)
Arlen Specter (R)
Claiborne Pell (D)
John H. Chafee (R)
Strom Thurmond (R)
Ernest F. Hollings (D)
Larry Pressler (R)
Thomas A. Daschle (D)
Jim Sasser (D)

Al Gore (D)
Harlan Mathews (D)
Lloyd Bentsen (D)
Phil Gramm (R)
Jake Garn (R)
Orrin G. Hatch (R)
Patrick Leahy (D)
James Jeffords (R)
John W. Warner (R)
Charles S. Robb (D)
Brock Adams (D)
Slade Gorton (R)
Robert C. Byrd (D)
John D. Rockefeller IV (D)
Bob Kasten (R)
Herb Kohl (D)
Malcolm Wallop (R)
Alan K. Simpson (R)

## 101st Congress List

Howell Heflin (D)
Richard Shelby (D)
Ted Stevens (R)
Frank H. Murkowski (R)
Dennis DeConcini (D)
John McCain (R)
Dale Bumpers (D)
David Pryor (D)
Alan Cranston (D)
Pete Wilson (R)
William L. Armstrong (R)
Tim Wirth (D)
Chris Dodd (D)
Joe Lieberman (D)
William Roth (R)
Joe Biden (D)
Bob Graham (D)
Connie Mack (R)
Sam Nunn (D)
Wyche Fowler, Jr. (D)
Daniel K. Inouye (D)
Spark M. Matsunaga (D)
Daniel Akaka (D
James A. McClure (R)
Steve Symms (R)

Alan J. Dixon (D)
Paul Simon (D)
Dick Lugar (R)
Dan Coats (R)
Chuck Grassley (R)
Tom Harkin (D)
Bob Dole (R)
Nancy Landon Kassebaum (R)
Wendell H. Ford (D)
Mitch McConnell (R)
J. Bennett Johnston (D)
John B. Breaux (D)
William S. Cohen (R)
George J. Mitchell (D)
Paul S. Sarbanes (D)
Barbara A. Mikulski (D)
Ted Kennedy (D)
John Kerry (D)
Donald W. Riegle, Jr. (D)
Carl Levin (D)
Rudy Boschwitz (R)
David Durenberger (R)
Thad Cochran (R)
Trent Lott (R)
John C. Danforth (R)
Kit Bond (R)
Max Baucus (D)
Conrad Burns (R)
Jim Exon (D)
J. Robert Kerrey (D)
Harry Reid (D)
Richard H. Bryan (D)
Gordon J. Humphrey (R)
Bob Smith (R)
Warren B. Rudman (R)
Bill Bradley (D)
Frank Lautenberg (D)
Pete V. Domenici (R)
Jeff Bingaman (D)
Daniel Patrick Moynihan (D)
Al D'Amato (R)
Jesse Helms (R)
Terry Sanford (D)
Quentin N. Burdick (D)
Kent Conrad (D)
John Glenn (D)

Howard Metzenbaum (D)
David L. Boren (D)
Don Nickles (R)
Mark O. Hatfield (R)
Bob Packwood (R)
John Heinz (R)
Arlen Specter (R)
Claiborne Pell (D)
John H. Chafee (R)
Strom Thurmond (R)
Ernest F. Hollings (D)
Larry Pressler (R)
Tom Daschle (D)
Jim Sasser (D)
Al Gore (D)
Lloyd Bentsen (D)
Phil Gramm (R)
Jake Garn (R)
Orrin Hatch (R)
Patrick Leahy (D)
James Jeffords (R)
John W. Warner (R)
Charles S. Robb (D)
Brock Adams (D)
Slade Gorton (R)
Robert Byrd (D)
John D. Rockefeller IV (D)
Bob Kasten (R)
Herb Kohl (D)
Malcolm Wallop (R)
Alan K. Simpson (R)

**100th Congress List**

Howell Heflin (D)
Richard Shelby (D)
Ted Stevens (R)
Frank H. Murkowski (R)
Dennis DeConcini (D)
John McCain (R)
Dale Bumpers (D)
David Pryor (D)
Alan Cranston (D)
Pete Wilson (R)
William L. Armstrong (R)
Tim Wirth (D)

Lowell P. Weicker, Jr. (R)
Christopher J. Dodd (D)
William Roth (R)
Joe Biden (D)
Lawton Chiles (D)
Bob Graham (D)
Sam Nunn (D)
Wyche Fowler, Jr. (D)
Daniel K. Inouye (D)
Spark M. Matsunaga (D)
James A. McClure (R)
Steve Symms (R)
Alan J. Dixon (D)
Paul Simon (D)
Richard Lugar (R)
Dan Quayle (R)
Chuck Grassley (R)
Tom Harkin (D)
Bob Dole (R)
Nancy Landon Kassebaum (R)
Wendell H. Ford (D)
Mitch McConnell (R)
J. Bennett Johnston (D)
John B. Breaux (D)
William S. Cohen (R)
George J. Mitchell (D)
Paul S. Sarbanes (D)
Barbara A. Mikulski (D)
Edward M. Kennedy (D)
John Kerry (D)
Donald W. Riegle, Jr. (D)
Carl Levin (D)
Rudy Boschwitz (R)
David Durenberger (R)
John C. Stennis (D)
W. Thad Cochran (R)
John C. Danforth (R)
Kit Bond (R)
John Melcher (D)
Max Baucus (D)
Edward Zorinsky (D)
David Karnes (R)
Jim Exon (D)
Chic Hecht (R)
Harry Reid (D)
Gordon J. Humphrey (R)

Warren B. Rudman (R)
Bill Bradley (D)
Frank R. Lautenberg (D)
Pete V. Domenici (R)
Jeff Bingaman (D)
Daniel Patrick Moynihan (D)
Al D'Amato (R)
Jesse Helms (R)
Terry Sanford (D)
Quentin N. Burdick (D)
Kent Conrad (D)
John Glenn (D)
Howard Metzenbaum (D)
David L. Boren (D)
Don Nickles (R)
Mark O. Hatfield (R)
Bob Packwood (R)
John Heinz (R)
Arlen Specter (R)
Claiborne Pell (D)
John H. Chafee (R)
Strom Thurmond (R)
Ernest F. Hollings (D)
Larry Pressler (R)
Thomas A. Daschle (D)
Jim Sasser (D)
Al Gore (D)
Lloyd Bentsen (D)
Phil Gramm (R)
Jake Garn (R)
Orrin G. Hatch (R)
Robert T. Stafford (R)
Patrick Leahy (D)
John W. Warner (R)
Paul S. Trible Jr. (R)
Daniel J. Evans (R)
Brock Adams (D)
Robert C. Byrd (D)
John D. Rockefeller IV (D)
William Proxmire (D)
Bob Kasten (R)
Malcolm Wallop (R)
Alan K. Simpson (R)

**US Governors**

Governor Robert Bentley
Governor Bill Walker
Governor Lolo Matalasi Moliga
Governor Doug Ducey
Governor Asa Hutchinson
Governor Edmund G. Brown
Governor John Hickenlooper
Governor Dan Malloy
Governor Jack Markell
Governor Rick Scott
Governor Nathan Deal
Governor Eddie Baza Calvo
Governor David Ige
Governor C. L. "Butch" Otter
Governor Bruce Rauner
Governor Mike Pence
Governor Terry E. Branstad
Governor Sam Brownback
Governor Steven L. Beshear
Governor Bobby Jindal
Governor Paul LePage
Governor Martin O'Malley
Governor Charlie Baker
Governor Rick Snyder
Governor Mark Dayton
Governor Phil Bryant
Governor Jeremiah W. (Jay) Nixon
Governor Steve Bullock
Governor Pete Ricketts
Governor Brian Sandoval
Governor Maggie Hassan
Governor Christopher Christie
Governor Susana Martinez
Governor Andrew Cuomo
Governor Pat McCrory
Governor Jack Dalrymple
Governor Eloy Inos
Governor John Kasich
Governor Mary Fallin
Governor John A. Kitzhaber, M.D.
Governor Tom Corbett
Governor Alejandro Javier García Padilla

Governor Gina Raimondo
Governor Nikki R. Haley
Governor Dennis Daugaard
Governor Bill Haslam
Governor Rick Perry
Governor Gary Richard Herbert
Governor Peter Shumlin
Governor Terry McAuliffe
Governor Kenneth Mapp
Governor Jay Inslee
Governor Earl Ray Tomblin
Governor Scott Walker
Governor Matthew Mead

Submitted for record February 27, 2015

Executor of EDWARD BERNARD WOODBERRY estate,

Living Soul Chief Asan Manuel Mustafah Fearce W. Yahzoo, Executor
Yazoo Tribe Freedom Services, Director

**Domicile for receiving Acts**:

Executor of EDWARD BERNARD WOODBERRY Estate,
Living Soul Chief Asan Manuel Mustafah Fearce W. Yahzoo, Executor
15821 FM 529 Ste 305
Houston, Texas, 77095