**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG**

**EXECUTOR OF EDWARD BERNARD WOODBERRY ESTATE,
LIVING SOUL CHIEF ASAN MANUEL MUSTAFAH FEARCE W.
YAHZOO, EXECUTOR,**

      **Petitioner,**

v.                                                      **CIVIL ACTION NO. 3:15cv25
                                                      (Judge Groh)**

**STATE OF WEST VIRGINIA, et al.,**

      **Respondents.**

## ORDER DISMISSING CASE

On March 10, 2015, the Clerk of Court received a petition for "writ of habeas corpora" which was docketed as a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The petition consists of forty-seven pages, forty-five of which are devoted to listing as respondents a host of state and federal government officials and members of the judiciary within the state of West Virginia. The first two pages of the petition appear to bring claims in the name of the Yazoo Tribe and cite violations of cannon law. The petition seeks immediate release of the "Divine Bodies" of persons described in the cannons of law cited. The Court is unable to determine the legal basis for Petitioner's claims.

Attached to the petition is a second forty-seven page document which is labeled "Lebellus." Forty-five pages of that document are devoted to listing respondents, including President Barrack Obama, President George W. Bush, President William Jefferson Clinton, President George Herbert Walker Bush, and individually named members of the 113th Congress, 112th Congress, 111th Congress, 110th Congress, 109th Congress, 108th Congress, 107th Congress, 106th Congress, 105th Congress, 104th Congress, 103rd Congress, 102nd Congress, 101st Congress, 100th Congress, and fifty-five governors. In it, petitioner seeks relief through an administrative tribunal comprised of numerous Archbishops and "His Holiness Bishop of Rome

Pope Franciscus" to investigate alleged acts of violence including "murder, kidnap in lieu of ranson" and "deprivation of life, human rights, freedoms and liberties." Petitioner seeks damages in the sum of 1,666 trillion USD to be transferred to the Yazoo Tribe Eternal Living Trust.

Petitioner has not submitted the required filing fee or an application to proceed *in forma pauperis*. Furthermore, Petitioner does not allege that he is in custody in violation of the Constitution or laws or treaties of the United States. The Court is mindful that a district court should construe *pro se* petitions liberally, no matter how unskillfully pleaded. However, the principles requiring liberal construction of *pro se* pleadings are not without limits. Beaudett v. City of Hampton, 775 F.2d 1274, 1278 (4th Cir. 1985). An initiating document must contain either direct or inferential allegations respecting all the material elements of some viable legal theory to satisfy federal notice pleading requirements. See Scheid v. Fanny Farmer Candy Shops, Inc., 859 F.2d 434, 436 (6th Cir. 1988). In point of fact, district courts are not required to conjure up questions never squarely presented. Beaudett, 775 F.2d at 1278. In conclusion, this Court finds that Petitioner has not included any facts or law in support of his cause of action, and the same must be denied as unintelligible.

Accordingly, it is hereby **ORDERED** that this matter be **DISMISSED WITHOUT PREJUDICE.**

It is so **ORDERED**.

The Clerk is directed to mail a true copy of this Order to the *pro se* petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED:** March 12, 2015

GINA M. GROH
UNITED STATES DISTRICT JUDGE